IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

JOSHUA DUGGAR                                                                                    PLAINTIFF

V.                                   NO. 5:17-CV-5125 (TLB)

CITY OF SPRINGDALE, ARKANSAS;                                            DEFENDANTS
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS DEPARTMENT OF;
HUMAN SERVICES; DOUG SPROUSE, in his
official capacity; KATHY O'KELLEY, in her
official and individual capacities; ERNEST
CATE, in his official capacities; RICK HOYT, in
his official capacities; STEVE ZEGA, in his
official capacity; BAUER PUBLISHING
COMPANY, L.P.; BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.; BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; CROSS,
GUNTER, WITHERSPOON & GALCHUS,
P.C., and DOES 1-10, inclusive

## ENTRY OF APPEARANCE

Cynthia W. Kolb of Cross, Gunter, Witherspoon & Galchus, P.C., 500 President Clinton Avenue, Suite 200, Little Rock, Arkansas 72201, enters her appearance on behalf of Defendants Bauer Publishing Company, L.P., Bauer Magazine, L.P., Bauer Media Sales, Inc., formerly known as Bauer Media Group, Inc., Bauer, Inc., Heinrich Bauer North America, Inc., and Bauer Media Group USA, LLC for all further proceedings in this cause.

230374                                        1

Respectfully Submitted,

Cynthia W. Kolb, AB#00156
ckolb@cgwg.com
**CROSS, GUNTER, WITHERSPOON
   & GALCHUS, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone:  501-371-9999 / Fax:  501-371-0035

By: */s/ Cynthia W. Kolb*
       Cynthia W. Kolb

**ATTORNEY FOR DEFENDANTS BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA SALES, INC., FORMERLY KNOWN AS BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; AND, BAUER MEDIA GROUP USA, LLC**

## CERTIFICATE OF SERVICE

I, Cynthia W. Kolb, the undersigned, hereby certify that on July 18, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification to all counsel of record.

*/s/ Cynthia W. Kolb*
Cynthia W. Kolb