UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS

------------------------------------------------------------x

JOSHUA DUGGAR,

                Plaintiff,

- against -

CITY OF SPRINGDALE, ARKANSAS; WASHINGTON COUNTY, ARKANSAS; THE STATE OF ARKANSAS DEPARTMENT OF HUMAN SERVICES; DOUG SPROUSE, in his official capacity; KATHY O'KELLEY, in her official and individual capacities; ERNEST CATE, in his official capacities; RICK HOYT, in his official capacities; STEVE ZEGA, in his official capacity; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C., and DOES 1-10, inclusive,

                Defendants.

Civil Action No.: 17 Civ. 5125 (TLB)

***PRO HAC VICE* MOTION FOR PERMISSION TO PRACTICE OF ELIZABETH A. MCNAMARA**

------------------------------------------------------------x

      Defendants Bauer Publishing Company, L.P.; Bauer Magazine L.P.; Bauer Media Sales, Inc., formerly known as Bauer Media Group, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC (collectively, "Defendants"), by and through undersigned counsel, Cynthia W. Kolb, of Cross, Gunter, Witherspoon & Galchus, P.C., a member of good standing of the bar of this Court, hereby move for the approval of Elizabeth A. McNamara to appear by comity and by courtesy for purposes of this case.

      Ms. McNamara has been a member in good standing of the Bar of the State of New York and is licensed in the following federal courts: Southern District of New York and Eastern District of New York. Ms. McNamara has not been disqualified to appear in any court of record.

      Ms. McNamara is a member of and associated with the law firm of Davis Wright Tremaine, LLP, 1251 Avenue of the Americas, New York, New York 10020. Ms. McNamara

1

218052

will serve as counsel in this case to Defendants and as co-counsel in this case with Cynthia W. Kolb.

Ms. McNamara will comply with the Local Rules of this Court and submit to all disciplinary procedures applicable to Arkansas lawyers.

WHEREFORE, it is respectfully requested that the Motion to permit Elizabeth A. McNamara to appear as counsel in the above-referenced case be granted.

Respectfully submitted,

/s/ Cynthia W. Kolb
Cynthia W. Kolb (#2000156)
ckolb@cgwg.com
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: 501/371-9999
Facsimile: 501/371-0035

218052

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gregory F. Payne
438 E. Millsap Road
Suite 103
Fayetteville, AR 72703
(479) 443-3700

Travis Wayne Story
Story Law Firm, PLLC
P.O. Box 9210
Fayetteville, AR 72703
(479) 845-5700
Fax: (479) 845-2901

*Attorneys for Plaintiff*

                                                              /s/ Cynthia W. Kolb
                                                              Cynthia W. Kolb

218052