IN THE UNITED STATES DISTRICT COURT KJ
WESTERN DISTRICT ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DUGGAR                                                                                           PLAINTIFF

V                                              CASE NO. 17-5125 TLB

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS,
DEPARTMENT OF HUMAN SERVICES;
DOUG SPROUSE, in his official capacity;
KATHY O'KELLEY, in her official and individual capacity;
ERNEST CATE, in his official capacity;
RICK HOYT, in his official capacity;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY L.P.;
BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.
BAUER INC.; HEINRICH BAUER NORTH
AMERICAN, INC.; BAUER MEDIA GROUP USA, LLC.,
CROSS GUNTER WITHERSPOON & GALCHUS PC.;                                      DEFENDANTS

ENTRY OF APPEARANCE

Edwin L. Lowther, Jr., Wright Lindsey & Jennings LLP, 200 West Capitol, Suite 2300, Little Rock, Arkansas  72201, enters his appearance as counsel for separate defendant Cross Gunter Witherspoon & Galchus PC.

                                    WRIGHT, LINDSEY & JENNINGS LLP
                                    200 West Capitol Avenue, Suite 2300
                                    Little Rock, Arkansas 72201-3699
                                    (501) 371-0808
                                    FAX: (501) 376-9442
                                    E-MAIL: elowther@wlj.com

By */s/ Ed Lowther, Jr.*
       Edwin L. Lowther, Jr. (81107)
       Attorneys for Defendant Cross Gunter
       Witherspoon & Galchus PC

1504840-v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

    Travis W. Story – travis@storylawfirm.com
    Gregory F. Payne – greg@storylawfirm.com

    */s/ Ed Lowther, Jr.*
    Edwin L. Lowther, Jr. (81107)
    Attorney for Defendant Cross Gunter
    Witherspoon & Galchus PC
    WRIGHT, LINDSEY & JENNINGS LLP
    200 West Capitol Avenue, Suite 2300
    Little Rock, Arkansas 72201-3699
    (501) 371-0808
    FAX: (501) 376-9442
    E-MAIL: elowther@wlj.com