UNITED STATES DISTRICT COURT
SOUTERHN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JOSHUA DUGGAR,

                Plaintiff,

       - against -

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS; THE
STATE OF ARKANSAS DEPARTMENT OF
HUMAN SERVICES; DOUG SPROUSE, in his
official capacity; KATHY O'KELLEY, in her
official and individual capacities; ERNEST
CATE, in his official capacities; RICK HOYT, in
his official capacities; STEVE ZEGA, in his
official capacity; BAUER PUBLISHING
COMPANY, L.P.; BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.; BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; CROSS,
GUNTER, WITHERSPOON & GALCHUS,
P.C., and DOES 1-10, inclusive,

                Defendants.
---------------------------------------------------------------- x

Civil Action No.: 17 Civ. 5125 (LLS)

**NOTICE OF APPEARANCE OF
ELIZABETH A. MCNAMARA**

      PLEASE TAKE NOTICE that Elizabeth A. McNamara of DAVIS WRIGHT

TREMAINE LLP hereby appears as counsel for Defendants Bauer Publishing Company, L.P.;

Bauer Magazine, L.P.; Bauer Media Sales, Inc., formerly known as Bauer Media Group, Inc.;

Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC in the

above-captioned action, and requests that notice of all matters arising herein, and all documents

and papers in this case, be served on the undersigned attorney at the address stated below. I

certify that I am authorized to practice in this court.

Dated: New York, New York
       July 19, 2017

                                          Respectfully submitted,

                                          By: _/s/ Elizabeth A. McNamara_

                                          DAVIS WRIGHT TREMAINE LLP

        Elizabeth A. McNamara
        ([lizmcnamara@dwt.com](mailto:lizmcnamara@dwt.com))
        1251 Avenue of the Americas, 21st Floor
        New York, New York 10020-1104
        Telephone: (212) 489-8230
        Fax:  (212) 489-8340

*Attorney for Defendants Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC*