UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS

------------------------------------------------------------- x

JOSHUA DUGGAR,

               Plaintiff,

- against -

CITY OF SPRINGDALE, ARKANSAS; WASHINGTON COUNTY, ARKANSAS; THE STATE OF ARKANSAS DEPARTMENT OF HUMAN SERVICES; DOUG SPROUSE, in his official capacity; KATHY O'KELLEY, in her official and individual capacities; ERNEST CATE, in his official capacities; RICK HOYT, in his official capacities; STEVE ZEGA, in his official capacity; BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC; CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C., and DOES 1-10, inclusive,

               Defendants.

------------------------------------------------------------- x

Civil Action No.: 17 Civ. 5125 (TLB)

**DEFENDANTS BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA SALES, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; BAUER MEDIA GROUP USA, LLC RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges of this Court to determine the need for recusal, Bauer Publishing Company, L.P. states that it is a New Jersey limited partnership and that no publicly traded corporation holds a ten percent or greater ownership interest in the partnership.

      Bauer Magazine L.P. states that it is a Delaware limited partnership and that no publicly traded corporation holds a ten percent or greater ownership interest in the partnership.

      Bauer Media Sales, Inc., formerly known as Bauer Media Group, Inc., states that it is a Delaware corporation, it is a wholly owned subsidiary of Bauer Media Group USA, LLC and that no publicly traded corporation holds a ten percent or greater ownership interest in the corporation.

Bauer, Inc. states that it is a Delaware corporation, it is a wholly owned subsidiary of Heinrich Bauer North America Inc. and that no publicly traded corporation holds a ten percent or greater ownership interest in the corporation.

Heinrich Bauer North America, Inc. states that it is a Delaware corporation, it is a wholly owned subsidiary of Bauer Media Group USA, LLC and that no publicly traded corporation holds a ten percent or greater ownership interest in the corporation.

Bauer Media Group USA, LLC states that it is a Delaware limited liability company and that no publically traded corporation hold a ten percent or greater ownership interest in the limited liability company.

Dated: New York, New York
July 19, 2017

Respectfully submitted,

By: /s/ Elizabeth A. McNamara

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara
(lizmcnamara@dwt.com)
1251 Avenue of the Americas, 21st Floor
New York, New York  10020-1104
Telephone: (212) 489-8230
Fax:  (212) 489-8340

CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
Cynthia W. Kolb (#2000156)
ckolb@cgwg.com
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: 501/371-9999
Facsimile: 501/371-0035

*Attorneys for Defendants Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gregory F. Payne
Attorney at Law
438 E. Millsap Road
Suite 103
Fayetteville, AR 72703

Travis Wayne Story
Story Law Firm, PLLC
P.O. Box 9210
Fayetteville, AR 72703

*Attorneys for Plaintiff*

                                        /s/ Jamie S. Raghu
                                            Jamie S. Raghu