IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA DUGGAR**                                                                      **PLAINTIFF**

vs.                           CASE NO. 5:17-5125-TLB

**CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS,
DEPARTMENT OF HUMAN SERVICES;
DOUG SPROUSE, in his official capacity;
KATHY O'KELLEY, in her individual and
official capacities;
ERNEST CATE, in his official capacity;
RICK HOYT, in his official capacity;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.;
BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC;
CROSS, GUNTER, WITHERSPOON &
GALCHUS, P.C., and
DOES 1-10, inclusive**                                                               **DEFENDANTS**

**MOTION TO DISMISS
OF SEPARATE DEFENDANTS CITY OF SPRINGDALE, DOUG SPROUSE, IN HIS
OFFICIAL CAPACITY, KATHY O'KELLEY IN HER OFFICIAL AND INDIVIDUAL
CAPACITIES, AND ERNEST CATE, IN HIS OFFICIAL CAPACITY**

COMES NOW the Separate Defendants, City of Springdale, Doug Sprouse ("Sprouse"), in his official capacity, Kathy O'Kelley ("O'Kelley"), in her individual and official capacities, and Ernest Cate ("Cate"), in his official capacity, (collectively referred to herein as the "Springdale Defendants"), by and through the undersigned attorneys, and for their Motion to Dismiss, state as follows:

1

1. That Plaintiff filed an action in this Court on July 6, 2017, against, among others, the Springdale Defendants alleging the following six causes of action against the Springdale Defendants: 1) tort of invasion of privacy – public disclosure of private fact in violation of Arkansas law; 2) tort of invasion of privacy – intrusion upon seclusion in violation of Arkansas law; 3) tort of outrage in violation of Arkansas law; 4) violation of Arkansas Constitution – due process; 5) violation of 42 U.S.C. § 1983 – Fourteenth Amendment Due Process; and 6) violation of 42 U.S.C. § 1983 – *Monell*. These six causes of action alleged against the Springdale Defendants can generally be categorized as three tort claims and three constitutional claims.

2. That the Springdale Defendants move to dismiss all of the Plaintiff's claims, as against them, in their entirety as a matter of law and pursuant to Fed. R. Civ. P. 12(b)(6).

3. Plaintiff's claims against Defendant O'Kelley individually should be dismissed with prejudice as a matter of law because O'Kelley individually, is entitled to qualified immunity.

4. Springdale Defendants are entitled to both statutory and qualified immunity from Plaintiff's tort claims based on Ark. Code Ann. § 21-9-301(a) and Arkansas Supreme Court precedent.

5. Plaintiff's claims against the City of Springdale under § 1983-*Monell* should be dismissed for failure to state a Constitutional violation and failure to prove the requisite culpability.

6. Plaintiff's tort claims should be dismissed because they have failed to allege intentional conduct requisite for intentional torts under Arkansas Law.

7. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff has failed to state a claim upon which relief can be granted, therefore their Complaint should be dismissed.

8. Springdale Defendants reserve the right to raise all affirmative defenses available to them including but not limited to those found in Federal Rules of Civil Procedure 12(b) and 8(c).

**WHEREFORE**, Springdale Defendants pray that this Court dismiss Plaintiff's Complaint against the Springdale Defendants in its entirety, with prejudice, as a matter of law and pursuant to Fed. R. Civ. P. 12(b)(6), for it attorney's fees and costs, and any and all other relief this Court deems proper.

Respectfully Submitted,

/s/ Thomas N. Kieklak
Thomas N. Kieklak (Ark. Bar No. 92262)
Email:  tkieklak@arkansaslaw.com
R. Justin Eichmann (Ark. Bar No. 2003145)
E-mail:  jeichmann@arkansaslaw.com
HARRINGTON, MILLER, KIEKLAK,
EICHMANN & BROWN, P.A.
4710 S. Thompson, Suite 102
Springdale, AR  72764
Phone: (479) 751-6464
Fax: (479) 751-3715

and

Susan Keller Kendall (Ark. Bar No. 98119)
KENDALL LAW FIRM, PLLC
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
Email:  skk@kendalllawfirm.com
Phone: (479) 464-9828
Fax: (479) 464-9768
**COUNSEL FOR SPRINGDALE DEFENDANTS**

**CERTIFICATE OF SERVICE**

3

I, the undersigned, do hereby certify that on 10th day of August, 2017, a true and correct copy of the above and foregoing was filed with the Clerk via the CM/ECF system which will send notification of filing to the following:

| | |
|---|---|
| Travis W. Story<br>Gregory F. Payne<br>Attorney at Law<br>438 E. Millsap Road<br>Suite 103<br>Fayetteville, AR 72703<br>(479) 443-3700<br>greg@storylawfirm.com<br>travis@storylawfirm.com | Edwin Lee Lowther , Jr.<br>Wright Lindsey Jennings LLP<br>200 West Capitol Avenue<br>Suite 2300<br>Little Rock, AR 72201<br>(501) 371-0808<br>Fax: (501) 376-9442<br>elowther@wlj.com |
| Cynthia W. Kolb<br>CROSS, GUNTER, WITHERSPOON &<br>GALCHUS, P.C.<br>500 President Clinton Avenue<br>Suite 200<br>Little Rock, AR 72201<br>(501) 371-9999<br>Fax: (501) 371-0035<br>ckolb@cgwg.com | Elizabeth Anne McNamara<br>Jamie Somoza Raghu<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020<br>(212) 603-6430<br>lizmcnamara@dwt.com<br>jamieraghu@dwt.com |

/s/ Thomas N. Kieklak
Thomas N. Kieklak
Arkansas Bar No. 92262
HARRINGTON, MILLER, KIEKLAK,
EICHMANN AND BROWN, P.A.
*Attorney for Springdale Defendants*
4710 S. Thompson, Suite 102
Springdale, AR 72764
(479)751-6464