IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA DUGGAR**                                                                         **PLAINTIFF**

vs.                                   **CASE NO. 5:17-5125-TLB**

**CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS,
DEPARTMENT OF HUMAN SERVICES;
DOUG SPROUSE, in his official capacity;
KATHY O'KELLEY, in her individual and
official capacities;
ERNEST CATE, in his official capacity;
RICK HOYT, in his official capacity;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.;
BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC;
CROSS, GUNTER, WITHERSPOON &
GALCHUS, P.C., and
DOES 1-10, inclusive**                               **DEFENDANTS**

<u>**MOTION TO STAY SUBMITTED ON BEHALF OF
SEPARATE DEFENDANTS CITY OF SPRINGDALE, DOUG SPROUSE IN HIS
OFFICIAL CAPACITY, ERNEST CATE, IN HIS OFFICIAL CAPACITY, AND KATHY
O'KELLEY IN HER INDIVIDUAL AND OFFICIAL CAPACITIES**</u>

      COMES NOW, Separate Defendants, City of Springdale, Doug Sprouse ("Sprouse"), in his official capacity, Ernest Cate ("Cate"), in his official capacity, and Kathy O'Kelley ("O'Kelley"), in her individual and official capacities (collectively referred to herein as the "Springdale Defendants") and for their Motion to Stay ("Motion"), state:

      1.     Because of the issue of qualified immunity, and the jurisprudence governing litigation of claims when qualified immunity is claimed, the Springdale Defendants request that the Court stay this proceeding pending the resolution of the motion to dismiss on immunity

grounds and during the pendency of any subsequent interlocutory appeals that may follow. The Springdale Defendants request that the stay include a stay of the Rule 26(f) Conference, Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1), Rule 26(f) Report, any other action required under Fed. R. Civ. P. 26, Case Management Hearing, deadlines to amend the pleadings or file third party claims, any further scheduling, discovery, and trial.

2. Should this Court order a stay, the Springdale Defendants further request that the Court enter a protective order precluding the Plaintiff or his agents or representatives from using the Arkansas FOIA to circumvent the ordered stay.

3. This Motion is for good cause and no prejudice will result to any party. Rather, judicial resources will be preserved and litigation costs by be reduced as a result of the requested stay.

4. Separate Defendants are filing a Brief in Support contemporaneously with this Motion and it is adopted by reference pursuant to Federal Rule of Civil Procedure 10(c).

5. Also contemporaneously with the filing of this Motion, Separate Defendants are submitting a motion to consolidate this case ("Josh Duggar Case") with another case currently pending before this Court, Case No. 5:17-5089-TLB ("the First Duggar Case") pursuant to Fed. R. Civ. P. 42(a) as the two cases share essentially identical questions of law and fact.

6. In the First Duggar Case, Separate Defendants submitted a Motion to Stay and supporting briefs for the same reasons set forth herein (Case No. 5:17-5089-TLB, Docket No. 23 and 24).

7. By order dated July 20, 2017, this Court entered an Opinion and Order granting in party and denying in part the Motion to Stay (Case No. 5:17-5089-TLB, Docket No. 35).

WHEREFORE the Springdale Defendants respectfully request that this Court stay any

and all pre-trial proceedings in this case until such time as the qualified and statutory immunity issues are resolved, whether by resolution of the pending Motion to Dismiss or any interlocutory appeals that may follow as a matter of right. Additionally, Separate Defendants request a protective order precluding the Plaintiff from using the Arkansas FOIA to circumvent such a stay.

Respectfully Submitted,

/s/ Thomas N. Kieklak
Thomas N. Kieklak (Ark. Bar No. 92262)
Email: tkieklak@arkansaslaw.com
R. Justin Eichmann (Ark. Bar No. 2003145)
E-mail: jeichmann@arkansaslaw.com
HARRINGTON, MILLER, KIEKLAK, EICHMANN & BROWN, P.A.
4710 S. Thompson, Suite 102
Springdale, AR  72764
Phone: (479) 751-6464
Fax: (479) 751-3715

and

Susan Keller Kendall (Ark. Bar No. 98119)
KENDALL LAW FIRM, PLLC
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
Email: skk@kendalllawfirm.com
Phone: (479) 464-9828
Fax: (479) 464-9768
**COUNSEL FOR SPRINGDALE DEFENDANTS**

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on 10th day of August, 2017, a true and correct copy of the above and foregoing was filed with the Clerk via the CM/ECF system which will send notification of filing to the following:

| | |
|---|---|
| Travis W. Story<br>Gregory F. Payne<br>Story Law Firm, PLLC<br>438 Millsap Road, Suite 103<br>Fayetteville, AR 72703<br>travis@storylawfirm.com<br>greg@storylawfirm.com | Edwin Lee Lowther, Jr.<br>Wright Lindsey Jennings LLP<br>200 West Capitol Avenue<br>Suite 2300<br>Little Rock, AR 72201<br>(501) 371-0808<br>Fax: (501) 376-9442<br>elowther@wlj.com |
| Cynthia W. Kolb<br>CROSS, GUNTER, WITHERSPOON &<br>GALCHUS, P.C.<br>500 President Clinton Avenue<br>Suite 200<br>Little Rock, AR 72201<br>ckolb@cgwg.com | Elizabeth Anne McNamara<br>Jamie Somoza Raghu<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>lizmcnamara@dwt.com<br>jamieraghu@dwt.com |

      /s/ Thomas N. Kieklak
      Thomas N. Kieklak (Ark. Bar No. 92262)
      HARRINGTON, MILLER, KIEKLAK,
      EICHMANN AND BROWN, P.A.
      *Attorney for Springdale Defendants*
      4710 S. Thompson, Suite 102
      Springdale, AR 72764
      (479)751-6464