IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA DUGGAR**                                                                         **PLAINTIFF**

vs.                               **CASE NO. 5:17-5125-TLB**

**CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS,
DEPARTMENT OF HUMAN SERVICES;
DOUG SPROUSE, in his official capacity;
KATHY O'KELLEY, in her individual and
official capacities;
ERNEST CATE, in his official capacity;
RICK HOYT, in his official capacity;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.;
BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC;
CROSS, GUNTER, WITHERSPOON &
GALCHUS, P.C., and
DOES 1-10, inclusive**                                  **DEFENDANTS**

## NOTICE AND ENTRY OF APPEARANCE

      Comes now, R. Justin Eichmann of Harrington, Miller, Kieklak, Eichmann & Brown, P.A. and for his Notice and Entry of Appearance, states:

      1.    That R. Justin Eichmann hereby enters his appearance as attorney of record for Separate Defendants City of Springdale, Doug Sprouse, in his official capacity, Ernest Cate, in his official capacity, and Kathy O'Kelley, in her individual and official capacities (collectively referred to herein as the "Springdale Defendants").

2.	Counsel respectfully requests this Court and all counsel of record take note of his appearance, and that he be copied with all pleadings, correspondence, and other pertinent documents in this action.

Respectfully Submitted,

City of Springdale, Doug Sprouse, Ernest Cate, and Kathy O'Kelley;
SPRINGDALE DEFENDANTS

/s/ R. Justin Eichmann
R. Justin Eichmann
Arkansas Bar No. 2003145
HARRINGTON, MILLER, KIEKLAK,
EICHMANN AND BROWN, P.A.
*Attorney for Springdale Defendants*
4710 S. Thompson, Suite 102
Springdale, AR 72764
(479)751-6464

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on 10th day of August, 2017, a true and correct copy of the above and foregoing was filed with the Clerk via the CM/ECF system which will send notification of filing to the following:

| | |
|---|---|
| Travis W. Story<br>Gregory F. Payne<br>Attorney at Law<br>438 E. Millsap Road<br>Suite 103<br>Fayetteville, AR 72703<br>(479) 443-3700<br>greg@storylawfirm.com<br>travis@storylawfirm.com | Edwin Lee Lowther , Jr.<br>Wright Lindsey Jennings LLP<br>200 West Capitol Avenue<br>Suite 2300<br>Little Rock, AR 72201<br>(501) 371-0808<br>Fax: (501) 376-9442<br>elowther@wlj.com |
| Cynthia W. Kolb<br>CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.<br>500 President Clinton Avenue<br>Suite 200<br>Little Rock, AR 72201<br>(501) 371-9999<br>Fax: (501) 371-0035<br>ckolb@cgwg.com | Elizabeth Anne McNamara<br>Jamie Somoza Raghu<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020<br>(212) 603-6430<br>lizmcnamara@dwt.com<br>jamieraghu@dwt.com |

      /s/ R. Justin Eichmann
      R. Justin Eichmann
      HARRINGTON, MILLER, KIEKLAK,
      EICHMANN AND BROWN, P.A.
      *Attorney for Springdale Defendants*
      4710 S. Thompson, Suite 102
      Springdale, AR 72764
      (479)751-6464