IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA DUGGAR**                                                                                                  **PLAINTIFF**

**vs.**                          **CASE NO. 5:17-5125-TLB**

**CITY OF SPRINGDALE, ARKANSAS;**
**WASHINGTON COUNTY, ARKANSAS;**
**THE STATE OF ARKANSAS,**
**DEPARTMENT OF HUMAN SERVICES;**
**DOUG SPROUSE, in his official capacity;**
**KATHY O'KELLEY, in her individual and**
**official capacities;**
**ERNEST CATE, in his official capacity;**
**RICK HOYT, in his official capacity;**
**STEVE ZEGA, in his official capacity;**
**BAUER PUBLISHING COMPANY, L.P.;**
**BAUER MAGAZINE, L.P.;**
**BAUER MEDIA GROUP, INC.;**
**BAUER, INC.;**
**HEINRICH BAUER NORTH AMERICA, INC.;**
**BAUER MEDIA GROUP USA, LLC;**
**CROSS, GUNTER, WITHERSPOON &**
**GALCHUS, P.C., and**
**DOES 1-10, inclusive**                                                      **DEFENDANTS**

## NOTICE AND ENTRY OF APPEARANCE

Comes now, Susan Keller Kendall of Kendall Law Firm, PLLC and for her Notice and Entry of Appearance, states:

1. That Susan Keller Kendall hereby enters her appearance as attorney of record for Separate Defendants City of Springdale, Doug Sprouse, in his official capacity, Ernest Cate, in his official capacities, and Kathy O'Kelley, in her individual and official capacities (collectively referred to herein as the "Springdale Defendants").

2. Counsel respectfully requests this Court and all counsel of record take note of her appearance, and that she be copied with all pleadings, correspondence, and other pertinent documents in this action.

Respectfully Submitted,

City of Springdale, Doug Sprouse, Ernest Cate, and Kathy O'Kelley;
SPRINGDALE DEFENDANTS

/s/ Susan Keller Kendall
Susan Keller Kendall
Arkansas Bar No. 98119
KENDALL LAW FIRM, PLLC
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
Email:  skk@kendalllawfirm.com
Phone: (479) 464-9828
Fax: (479) 464-9768

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that on 10th day of August, 2017, a true and correct copy of the above and foregoing was filed with the Clerk via the CM/ECF system which will send notification of filing to the following:

| | |
|---|---|
| Travis W. Story<br>Gregory F. Payne<br>Attorney at Law<br>438 E. Millsap Road<br>Suite 103<br>Fayetteville, AR 72703<br>(479) 443-3700<br>greg@storylawfirm.com<br>travis@storylawfirm.com | Edwin Lee Lowther , Jr.<br>Wright Lindsey Jennings LLP<br>200 West Capitol Avenue<br>Suite 2300<br>Little Rock, AR 72201<br>(501) 371-0808<br>Fax: (501) 376-9442<br>elowther@wlj.com |
| Cynthia W. Kolb<br>CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.<br>500 President Clinton Avenue<br>Suite 200<br>Little Rock, AR 72201<br>(501) 371-9999<br>Fax: (501) 371-0035<br>ckolb@cgwg.com | Elizabeth Anne McNamara<br>Jamie Somoza Raghu<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020<br>(212) 603-6430<br>lizmcnamara@dwt.com<br>jamieraghu@dwt.com |

    /s/ Susan Keller Kendall
    Susan Keller Kendall
    Arkansas Bar No. 98119
    KENDALL LAW FIRM, PLLC
    *Attorney for Springdale Defendants*
    3706 Pinnacle Hills Parkway, Suite 201
    Rogers, Arkansas 72758
    Email: skk@kendalllawfirm.com
    Phone: (479) 464-9828