**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JOSHUA DUGGAR,**                                                                                        **PLAINTIFF**

**VS.**                                        **NO. 5:17-cv-5125-TLB**

**CITY OF SPRINGDALE, ARKANSAS;**
**WASHINGTON COUNTY, ARKANSAS;**
**THE STATE OF ARKANSAS, DEPARTMENT**
**OF HUMAN SERVICES; DOUG SPROUSE,**
**in his official capacity; KATHY O'KELLEY,**
**in her individual and official capacities;**
**ERNEST CATE, in his official capacity;**
**RICK HOYT, in his official capacity;**
**STEVE ZEGA , in his official capacity;**
**BAUER PUBLISHING COMPANY, L.P.;**
**BAUER MAGAZINE L.P.; BAUER**
**MEDIA GROUP, L.P.; BAUER, INC.;**
**HENRICH BAUER NORTH AMERICA, INC.;**
**BAUER MEDIA GROUP USA, LLC; CROSS,**
**GUNTER, WITHERSPOON & GALCHUS, P.C.,**
**and DOES 1-10, inclusive,**                                                          **DEFENDANTS**

## MOTION TO DISMISS

Comes now the Separate Washington County Defendant(s), Rick Hoyt, in his official capacity, Steve Zega, in his official capacity, and Washington County, Arkansas (referred to collectively herein as the Separate "Washington County Defendants") and for their Motion to Dismiss Plaintiff's Complaint (Docket #1) do state the following:

1.      The Plaintiff filed his Complaint in this case on July 6, 2017, alleging, *inter alia* and under state and federal law, that his statutory and constitutional privacy rights were violated when Washington County allegedly disclosed a redacted police report arising from the Plaintiff's molestation of his sisters.  Doc. # 1.

2.      For the reasons set forth in the accompanying brief in support and in the Separate Springdale Defendants' motion to dismiss and brief in support (Doc. ## 15-16), which are adopted and incorporated herein as if set forth word for word, the Defendants are entitled to qualified immunity and dismissal of the Plaintiff's Complaint as a matter of law.

3.      Per the Federal Rules of Civil Procedure, the Defendants reserve the right to file an Answer and do not waive any affirmative or other defenses, which are all raised, reserved, and/or

asserted herein.

4.      The Defendants respectfully demand a trial by jury in this case.


WHEREFORE, the Separate Washington County Defendants respectfully request that the

Plaintiff's Complaint be dismissed.


Respectfully submitted,

WASHINGTON COUNTY, ARKANSAS;
RICK HOYT, in his official capacity; and
STEVE ZEGA, in his official capacity,
*Separate Washington County Defendants*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email:owens@rainfirm.com

By:      /s/Jason E. Owens
         Michael R. Rainwater, #79234
         Jason E. Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th  day of August, 2017,  I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system, which will notify and provide a copy of the
foregoing to all counsel of record.


      /s/ Jason E. Owens
      Jason E. Owens