UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS

------------------------------------------------------------- x
JOSHUA DUGGAR,                                               :
                                                             :   Civil Action No.: 17 Civ. 5125 (TLB)
                          Plaintiff,                         :
                                                             :
              - against -                                    :
                                                             :
CITY OF SPRINGDALE, ARKANSAS;                                :
WASHINGTON COUNTY, ARKANSAS; THE                             :
STATE OF ARKANSAS DEPARTMENT OF                              :
HUMAN SERVICES; DOUG SPROUSE, in his                         :
official capacity; KATHY O'KELLEY, in her                    :
official and individual capacities; ERNEST                   :
CATE, in his official capacities; RICK HOYT, in              :
his official capacities; STEVE ZEGA, in his                  :
official capacity; BAUER PUBLISHING                          :
COMPANY, L.P.; BAUER MAGAZINE, L.P.;                         :
BAUER MEDIA GROUP, INC.; BAUER, INC.;                        :
HEINRICH BAUER NORTH AMERICA, INC.;                          :
BAUER MEDIA GROUP USA, LLC; CROSS,                           :
GUNTER, WITHERSPOON & GALCHUS,                               :
P.C., and DOES 1-10, inclusive,                              :
                                                             :
                          Defendants.                        x
-------------------------------------------------------------

**MOTION BY DEFENDANTS BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA SALES, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; AND BAUER MEDIA GROUP USA, LLC IN SUPPORT OF DEFENDANTS CITY OF SPRINGDALE, DOUG SPROUSE, ERNEST CATE, AND <u>KATHY O'KELLEY'S MOTION TO CONSOLIDATE</u>**

Defendants, Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc., formerly known as Bauer Media Group, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC (collectively, the "Bauer Defendants") by their attorneys, Davis Wright Tremaine LLP and Cross, Gunter, Witherspoon & Galchus, P.C., and for their Response to Defendants City of Springdale, Doug Sprouse, Ernest Cate and Kathy O'Kelley (collectively, the "City Defendants") Motion to Consolidate, state:

1.      On August 10, 2017, pursuant to Fed. R. Civ. P. 42 the City Defendants filed a Motion to Consolidate for all purposes, including discovery and trial, two actions pending before

the Court: (1) Case No. 5:17-5089 (TLB), captioned *Dillard v. City of Springdale, Arkansas et al.* (herein referred to as the "First Duggar Action"); and (2) Case No. No. 5:17-5125 (TLB), captioned *Duggar v. City of Springdale, Arkansas et al.* (herein referred to as the "Josh Duggar Action.").

2. For the reasons stated in the City Defendants' Motion to Consolidate, the Bauer Defendants agree that the First Duggar Action and the Josh Duggar Action should be consolidated for all purposes.

WHEREFORE, the Bauer Defendants respectfully request that the Court grant the City Defendants' Motion to Consolidate for the reasons set forth in the City Defendants' motion.

Respectfully Submitted,

Date:   August 23, 2017              By: /s/ Elizabeth A. McNamara

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara
Jamie S. Raghu
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340
Email:   lizmcnamara@dwt.com
             jamieraghu@dwt.com

CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
Cythia W. Kolb
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 371-9999
Fax: (501) 371-0035
Email: ckolb@cgwg.com

*Attorneys for Defendants Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gregory F. Payne
Attorney at Law
438 E. Millsap Road, Suite 103
Fayetteville, AR 72703

Travis Wayne Story
Story Law Firm, PLLC
P.O. Box 9210
Fayetteville, AR 72703

Jason E. Owens
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR 72222-7250

Robert Justin Eichmann
Thomas N. Kieklak
Harrington, Miller, Kieklak, Eichmann & Brown, P.A.
4710 S. Thompson, Ste. 102
Springdale, AR 72764

Susan Keller Kendall
Kendall Law Firm, PLLC
3706 Pinnacle Hills Parkway
Suite 201
Rogers, AR 72758

                                                                /s/ Jamie S. Raghu