IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JOSHUA DUGGAR,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SPRINGDALE, ARKANSAS;<br>WASHINGTON COUNTY, ARKANSAS;<br>THE STATE OF ARKANSAS,<br>DEPARTMENT OF HUMAN SERVICES,<br>DOUG SPROUSE, in his official capacity;<br>KATHY O'KELLEY, in her official and<br>individual capacity;<br>ERNEST CATE, in his official capacity;<br>DOUG SPROUSE, in his official capacity;<br>RICK HOYT, in his official capacity;<br>STEVE ZEGA, in his official capacity;<br>BAUER PUBLISHING COMPANY, L.P.;<br>BAUER MAGAZINE, L.P.;<br>BAUER MEDIA GROUP, INC.<br>BAUER, INC.;<br>HEINRICH BAUER NORTH AMERICA, INC.<br>BAUER MEDIA GROUP USA, LLC, and<br>DOES 1-10, inclusive,<br>　　　　Defendants. | Case No. 5:17-cv-05125-TLB<br><br>COMPLAINT FOF INJUNCTIVE RELIEF<br>AND DAMAGES FOR:<br>1) INVASION OF PRIVACY - Public<br>Disclosure of Private Facts;<br>2) INVASION OF PRIVACY -<br>Appropriation;<br>3) INVASION OF PROPERTY - Intrusion<br>upon seclusion;<br>4) TORT OF OUTRAGE;<br>5) VIOLATION OF DUE PROCESS -<br>Under the Arkansas Constitution<br>6) 42 U.S.C. § 1983 – 14th Amendment<br>Violation of Due Process<br>7) 42 U.S.C. § 1983 - *Monell* |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY**

COMES NOW, Plaintiff Joshua Duggar, and for his Response to the Motion to Stay filed on Behalf of Separate Defendants City of Springdale, Doug Sprouse, in his Official Capacity, Ernest Cate, in His Official Capacity; and Kathy O'Kelley, in Her Individual and Official Capacity states as follows.

1. In their Motion to Stay, Separate Defendants City of Springdale, Doug Sprouse, Ernest Cate, and Kathy O'Kelley, ask this Court to stay this entire lawsuit pending resolution of their Motion to Dismiss on immunity grounds and to stay proceedings during the pendency of any subsequent interlocutory appeals that may follow.

2. Plaintiffs do not object to a stay of proceedings during the pendency of the Motion to Dismiss on immunity grounds.

3. It is premature at this juncture, however, for this Court to order a stay of proceedings during the pendency of any potential interlocutory appeals that may follow the Court's ruling on Defendants' pending Motion to Dismiss on immunity grounds.

4. Plaintiffs reserve the right to revisit the issue of staying proceedings during an interlocutory appeal after this Court has ruled on Defendants' pending Motion to Dismiss on immunity grounds and after a notice of appeal has been filed, when and if the issue becomes ripe for consideration.

5. Further, the requested stay seeks to stay requests for public records pursuant to the Freedom of Information Act ("FOIA requests") as well as discovery. Even if a stay of discovery might be appropriate at some point, FOIA requests should not be subject to a stay in these proceedings, as FOIA requests are not part of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs respectfully request this Court 1) defer any ruling on the issue of whether to stay proceedings during any appeal of the ruling on the Motion to Dismiss until the issue becomes ripe for consideration; and 2) in any case, further pray this Court determine that FOIA requests would not be subject to any stay in these proceedings.

Respectfully submitted,

STORY LAW FIRM, PLLC

By___/s/ Travis W. Story_____
Travis W. Story (2008274)
Gregory F. Payne (2017008)
438 E. Millsap, Suite 103
Fayetteville, AR  72703
(479) 443-3700
Fax (479) 443-3701

        travis@storylawfirm.com
        greg@storylawfirm.com

        ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I, Travis W. Story, do hereby certify that on the 25th day of August, 2017, a true and correct copy of the above and foregoing Response to Motion to Stay was filed with the Clerk via the CM/ECF system, which will send notification of filing to the following:

Robert Justin Eichmann
Harrington Miller Neihouse Kieklak PA
113 E. Emma Ave/P.O. Box 687
Springdale, AR 72764
jeichmann@arkansaslaw.com

Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, AR 72758
skk@kendalllawfirm.com

Thomas N. Kieklak
Harrington, Miller & Kieklak, P.A.
113 E. Emma Ave/ P.O. Box 687
Springdale, AR 72765-6765
tkieklak@arkansaslaw.com

Cynthia W. Kolb
Cross, Gunter, Witherspoon & Galchus, P.
500 President Clinton Ave, Suite 200
Little Rock, AR 72201
ckolb@cgwg.com

Elizabeth Anne McNamara
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
lizmcnamara@dwt.com

Jamie Somoza Raghu
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor

New York, NY 10020
jamieraghu@dwt.com

Jason E. Owens
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR  72222-7250
(501) 868-2500
Fax (501) 868-2505
owens@rainfirm.com

Edwin Lee Lowther, Jr.
Wright Lindsey Jennings LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201
(501) 371-0808
Fax (501) 376-9442
elowther@wlj.com

                                        __/s/ Travis W. Story_____
                                        Travis W. Story