IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA DUGGAR, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 5:17-cv-05125-TLB |
| v. | ) | |
| | ) | |
| CITY OF SPRINGDALE, ARKANSAS; | ) | |
| WASHINGTON COUNTY, ARKANSAS; | ) | |
| THE STATE OF ARKANSAS, | ) | |
| DEPARTMENT OF HUMAN SERVICES, | ) | COMPLAINT FOF INJUNCTIVE RELIEF |
| DOUG SPROUSE, in his official capacity; | ) | AND DAMAGES FOR: |
| KATHY O'KELLEY, in her official and | ) | 1) INVASION OF PRIVACY - Public |
| individual capacity; | ) | Disclosure of Private Facts; |
| ERNEST CATE, in his official capacity; | ) | 2) INVASION OF PRIVACY - |
| DOUG SPROUSE, in his official capacity; | ) | Appropriation; |
| RICK HOYT, in his official capacity; | ) | 3) INVASION OF PROPERTY - Intrusion |
| STEVE ZEGA, in his official capacity; | ) | upon seclusion; |
| BAUER PUBLISHING COMPANY, L.P.; | ) | 4) TORT OF OUTRAGE; |
| BAUER MAGAZINE, L.P.; | ) | 5) VIOLATION OF DUE PROCESS - |
| BAUER MEDIA GROUP, INC. | ) | Under the Arkansas Constitution |
| BAUER, INC.; | ) | 6) 42 U.S.C. § 1983 – 14th Amendment |
| HEINRICH BAUER NORTH AMERICA, INC.) | | Violation of Due Process |
| BAUER MEDIA GROUP USA, LLC, and | ) | 7) 42 U.S.C. § 1983 - *Monell* |
| DOES 1-10, inclusive, | ) | |
|     Defendants. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO CITY DEFENDANTS' MOTION TO CONSOLIDATE**

COMES NOW, Plaintiff Joshua Duggar, and for his Response to the City Defendants' Motion to Consolidate filed on Behalf of Separate Defendants City of Springdale, Doug Sprouse, in his Official Capacity, Ernest Cate, in His Official Capacity; and Kathy O'Kelley, in Her Individual and Official Capacity, states as follows.

1. That City Defendant's Motion to Consolidate filed in this case mirrors that which City Defendants filed in Dillard, et al, v. City of Springdale, et al, Case No 05:17-cv-5089-TLB in

which they are also named as separate defendants, the case with which they seek consolidation. Doc. 41.

2.  That Plaintiffs is said case ("Dillard Plaintiffs") have filed their Opposition to Motion to Consolidate, Doc. No. 49 in that case.

3.  That Plaintiff in this case objects to City Defendant's Motion to Consolidate for the same reasons set forth in the Dillard Plaintiffs' Objections to Consolidation.

4.  That Plaintiff joins the Dillard Plaintiffs' Objection to Consolidation in all respects.

WHEREFORE, Plaintiffs respectfully request this Court deny Defendants' Motion to Consolidate.

Respectfully submitted,

STORY LAW FIRM, PLLC


By   /s/ Travis W. Story
Travis W. Story (2008274)
Gregory F. Payne (2017008)
438 E. Millsap, Suite 103
Fayetteville, AR  72703
(479) 443-3700
Fax (479) 443-3701
travis@storylawfirm.com
greg@storylawfirm.com

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I, Travis W. Story, do hereby certify that on the 25th day of August, 2017, a true and correct copy of the above and foregoing Objection to Motion to Consolidate was filed with the Clerk via the CM/ECF system, which will send notification of filing to the following:

Robert Justin Eichmann
Harrington Miller Neihouse Kieklak PA
113 E. Emma Ave/P.O. Box 687
Springdale, AR 72764

jeichmann@arkansaslaw.com

Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, AR 72758
skk@kendalllawfirm.com

Thomas N. Kieklak
Harrington, Miller & Kieklak, P.A.
113 E. Emma Ave/ P.O. Box 687
Springdale, AR 72765-6765
tkieklak@arkansaslaw.com

Cynthia W. Kolb
Cross, Gunter, Witherspoon & Galchus, P.
500 President Clinton Ave, Suite 200
Little Rock, AR 72201
ckolb@cgwg.com

Elizabeth Anne McNamara
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
lizmcnamara@dwt.com

Jamie Somoza Raghu
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
jamieraghu@dwt.com

Jason E. Owens
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR  72222-7250
(501) 868-2500
Fax (501) 868-2505
owens@rainfirm.com

Edwin Lee Lowther, Jr.
Wright Lindsey Jennings LLP
200 West Capitol Avenue
Suite 2300
Little Rock, AR  72201

(501) 371-0808
Fax (501) 376-9442
elowther@wlj.com

                       __/s/ Travis W. Story_____
                       Travis W. Story