IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DUGGAR                                                                                    PLAINTIFF

V                                          CASE NO. 5:17-cv-5125 TLB

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS,
DEPARTMENT OF HUMAN SERVICES;
DOUG SPROUSE, in his official capacity;
KATHY O'KELLEY, in her official and individual capacity;
ERNEST CATE, in his official capacity;
RICK HOYT, in his official capacity;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY L.P.;
BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.
BAUER INC.; HEINRICH BAUER NORTH
AMERICA, INC.; BAUER MEDIA GROUP USA, LLC.,
CROSS GUNTER WITHERSPOON & GALCHUS, P.C.;
and DOES 1-10, inclusive                                                                    DEFENDANTS

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for separate defendant

Cross Gunter Witherspoon & Galchus P.C.

I certify that I am admitted to practice in this Court.

-2-

        WRIGHT, LINDSEY & JENNINGS LLP
        3333 Pinnacle Hills Parkway, Suite 510
        Rogers, Arkansas 72758
        (479) 986-0888
        FAX: (479) 986-8932
        E-MAIL: pmorris@wlj.com


By  /s/ Paul D. Morris_____
      Paul D. Morris (2001238)
      *Attorneys for Separate Defendant*
      *Cross Gunter Witherspoon & Galchus P.C.*

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

    Travis W. Story – travis@storylawfirm.com
    Gregory F. Payne – greg@storylawfirm.com

    *Counsel for Plaintiffs*

    Susan Keller Kendall – skk@kendalllawfirm.com
    Thomas N. Kieklak – tkieklak@arkansaslaw.com
    R. Justin Eichmann – jeichmann@arkansaslaw.com

    *Counsel for Defendants*
    *City of Springdale, Doug Sprouse,*
    *Kathy O'Kelley and Ernest Cate*

    Jason E. Owens – owens@rainfirm.com

    *Counsel for Defendants*
    *Washington County,*
    *Rick Hoyt and Steve Zega*

    Elizabeth Anne McNamara – lizmcnamara@dwt.com
    Jamie Somoza Raghu – jamieraghu@dwt.com
    Cynthia W. Kolb – ckolb@cgwg.com

    *Counsel for Defendants*
    *Bauer Publishing Company L.P.,*
    *Bauer Magazine, L.P.,*
    *Bauer Media Group, Inc.,*
    *Bauer Inc.,*
    *Heinrich Bauer North America, Inc., and*
    *Bauer Media Group USA, LLC*

                                          /s/ Paul D. Morris
                                          Paul D. Morris