IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DUGGAR                                                              PLAINTIFF

V                                      CASE NO. 5:17-cv-5125 TLB

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS,
DEPARTMENT OF HUMAN SERVICES;
DOUG SPROUSE, in his official capacity;
KATHY O'KELLEY, in her official and individual capacity;
ERNEST CATE, in his official capacity;
RICK HOYT, in his official capacity;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY L.P.;
BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.
BAUER INC.; HEINRICH BAUER NORTH
AMERICA, INC.; BAUER MEDIA GROUP USA, LLC.,
CROSS GUNTER WITHERSPOON & GALCHUS, P.C.;
and DOES 1-10, inclusive                                                   DEFENDANTS

## **MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, separate defendant Cross Gunter Witherspoon & Galchus P.C., ("Cross Gunter") moves to dismiss the complaint of plaintiff Joshua Duggar for failure to state a claim, and for grounds, states:

1.     Plaintiff's sole claim against Cross Gunter is found in the second part of the first count of his complaint.  (Doc. 1 at ¶¶ 84-90).  There he asserts that a

request for documents made under the Arkansas Freedom of Information Act ("FOIA") by Cross Gunter supports a claim for invasion of privacy.

      2.      Plaintiff's claim against Cross Gunter fails because plaintiff acknowledges that the information in question was already known to the public before Cross Gunter obtained any documents responsive to its FOIA request.

      3.      Plaintiff's claim against Cross Gunter fails because Cross Gunter had no duty to question a government agency's determination of what constituted "public records" under FOIA.

      4.      Plaintiff's claim against Cross Gunter fails because plaintiff pled no facts that would support a finding that Cross Gunter made a public disclosure of allegedly private facts.

      5.      In support of this motion, Cross Gunter relies on its brief in support which is being filed contemporaneously herewith and which is incorporated by reference.

      6.      In addition, to the degree they are applicable to claims made against Cross Gunter, Cross Gunter adopts by reference the arguments made by its co-defendants in support of their motions to dismiss plaintiff's complaint, including motions filed subsequent to Cross Gunter's.

WHEREFORE, separate defendant Cross Gunter Witherspoon & Galchus P.C., prays that the complaint of plaintiff Joshua Duggar be dismissed as to it, and for all other proper relief.

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        FAX: (501) 376-9442
        E-MAIL: elowther@wlj.com
                      pmorris@wlj.com

By /s/ Paul D. Morris
    Edwin L. Lowther, Jr. (81107)
    Paul D. Morris (2001238)
    Attorneys for Defendant Cross Gunter
    Witherspoon & Galchus PC

1503769-v1

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

    Travis W. Story – travis@storylawfirm.com
    Gregory F. Payne – greg@storylawfirm.com

    *Counsel for Plaintiffs*

    Susan Keller Kendall – skk@kendalllawfirm.com
    Thomas N. Kieklak – tkieklak@arkansaslaw.com
    R. Justin Eichmann – jeichmann@arkansaslaw.com

    *Counsel for Defendants*
    *City of Springdale, Doug Sprouse,*
    *Kathy O'Kelley and Ernest Cate*

    Jason E. Owens – owens@rainfirm.com

    *Counsel for Defendants*
    *Washington County,*
    *Rick Hoyt and Steve Zega*

    Elizabeth Anne McNamara – lizmcnamara@dwt.com
    Jamie Somoza Raghu – jamieraghu@dwt.com
    Cynthia W. Kolb – ckolb@cgwg.com

    *Counsel for Defendants*
    *Bauer Publishing Company L.P.,*
    *Bauer Magazine, L.P.,*
    *Bauer Media Group, Inc.,*
    *Bauer Inc.,*
    *Heinrich Bauer North America, Inc., and*
    *Bauer Media Group USA, LLC*

    /s/ Paul D. Morris
    Paul D. Morris

1503769-v1