IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA DUGGAR**                                                                                    **PLAINTIFF**

vs.                                            CASE NO. 5:17-5125-TLB

**CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS,
DEPARTMENT OF HUMAN SERVICES;
DOUG SPROUSE, in his official capacity;
KATHY O'KELLEY, in her individual and
official capacities;
ERNEST CATE, in his official capacity;
RICK HOYT, in his official capacity;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.;
BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC;
CROSS, GUNTER, WITHERSPOON &
GALCHUS, P.C., and
DOES 1-10, inclusive**                                                                             **DEFENDANTS**

## MOTION FOR LEAVE TO FILE REPLY BRIEF
## SUBMITTED ON BEHALF OF SEPARATE DEFENDANTS CITY OF SPRINGDALE, DOUG SPROUSE, ERNEST CATE, AND KATHY O'KELLEY

COMES NOW the Separate Defendants, City of Springdale, Ernest Cate ("Cate"), in his official capacity only, Doug Sprouse ("Sprouse"), in his official capacity only, and Kathy O'Kelley ("O'Kelley"), in her individual and official capacities (collectively referred to herein as the "Springdale Defendants"), by and through the undersigned attorneys, and for their Motion for Leave to File Reply Brief, state as follows:

1.   Springdale Defendants filed their Motion to Dismiss (Docket No. 15) and supporting brief (Docket No. 16) on August 10, 2017.

2. The Plaintiff filed a response in opposition to Springdale Defendants on August 25, 2017 (Docket. No. 30).

3. Plaintiff's response makes arguments which misstate law applicable to the pending motion, as well as makes admissions which have implications on Defendants' qualified immunity argument. Because of the importance of the issues at hand, Springdale Defendants would like to reply to Plaintiff's response and therefore request leave to file a reply brief, which is submitted contemporaneously with this motion as Exhibit A.

WHEREFORE, Springdale Defendants respectfully requests that the Court grant them leave to file the reply brief submitted contemporaneously with this motion as Exhibit A.

Respectfully Submitted,

/s/ R. Justin Eichmann
R. Justin Eichmann (Ark. Bar No. 2003145)
E-mail: jeichmann@arkansaslaw.com
Thomas N. Kieklak (Ark. Bar No. 92262)
Email: tkieklak@arkansaslaw.com
HARRINGTON, MILLER, KIEKLAK,
EICHMANN & BROWN, P.A.
4710 S. Thompson, Suite 102
Springdale, AR  72764
Phone: (479) 751-6464
Fax: (479) 751-3715

and

Susan Keller Kendall (Ark. Bar No. 98119)
KENDALL LAW FIRM, PLLC
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
Email: skk@kendalllawfirm.com
Phone: (479) 464-9828
Fax: (479) 464-9768
**COUNSEL FOR SPRINGDALE DEFENDANTS**

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on 1st day of September, 2017, a true and correct copy of the above and foregoing was filed with the Clerk via the CM/ECF system which will send notification of filing to the following:

| | |
|---|---|
| Travis W. Story<br>Gregory F. Payne<br>Story Law Firm, PLLC<br>438 Millsap Road, Suite 103<br>Fayetteville, AR 72703<br>travis@storylawfirm.com<br>greg@storylawfirm.com | Edwin Lee Lowther , Jr.<br>Wright Lindsey Jennings LLP<br>200 West Capitol Avenue<br>Suite 2300<br>Little Rock, AR 72201<br>(501) 371-0808<br>Fax: (501) 376-9442<br>elowther@wlj.com |
| Cynthia W. Kolb<br>CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.<br>500 President Clinton Avenue<br>Suite 200<br>Little Rock, AR 72201<br>ckolb@cgwg.com | Elizabeth Anne McNamara<br>Jamie Somoza Raghu<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>lizmcnamara@dwt.com<br>jamieraghu@dwt.com |
| Jason E. Owens<br>Rainwater, Holt & Sexton, P.A.<br>P.O. Box 17250<br>Little Rock, AR 72222-7250<br>(501) 868-2500<br>Fax: (501) 868-2505<br>owens@rainfirm.com | Paul D. Morris<br>Wright, Lindsey & Jennings LLP<br>3333 Pinnacle Hills Parkway<br>Suite 510<br>Rogers, AR 72758-8960<br>479-986-0888<br>Fax: (479) 986-8932<br>pmorris@wlj.com |

      /s/ R. Justin Eichmann
      R. Justin Eichmann
      Arkansas Bar No. 2003145
      HARRINGTON, MILLER, KIEKLAK,
      EICHMANN AND BROWN, P.A.
      *Attorney for Springdale Defendants*
      4710 S. Thompson, Suite 102
      Springdale, AR 72764
      (479)751-6464