UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FAYETTEVILLE DIVISION

---------------------------------------------------------------- x
JOSHUA DUGGAR,

               Plaintiff,

       - against -

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS; THE
STATE OF ARKANSAS DEPARTMENT OF
HUMAN SERVICES; DOUG SPROUSE, in his
official capacity; KATHY O'KELLEY, in her
official and individual capacities; ERNEST
CATE, in his official capacities; RICK HOYT, in
his official capacities; STEVE ZEGA, in his
official capacity; BAUER PUBLISHING
COMPANY, L.P.; BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.; BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; CROSS,
GUNTER, WITHERSPOON & GALCHUS,
P.C., and DOES 1-10, inclusive,

               Defendants.

---------------------------------------------------------------- x

Civil Action No.: 17 Civ. 5125 (TLB)

**NOTICE OF MOTION BY DEFENDANTS BAUER PUBLISHING COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA SALES, INC.; BAUER, INC.; HEINRICH BAUER NORTH AMERICA, INC.; AND BAUER MEDIA GROUP USA, LLC TO <u>DISMISS PLAINTIFF'S COMPLAINT</u>**

       Defendants, Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc., formerly known as Bauer Media Group, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC (collectively, the "Bauer Defendants") by their attorneys, Davis Wright Tremaine LLP and Cross, Gunter, Witherspoon & Galchus, P.C., and for their Motion to Dismiss, state:

       1.   Plaintiff filed an action in this Court on July 6, 2017 against, among others, the Bauer Defendants alleging four causes of action: (1) invasion of privacy – public disclosure of private

fact; (2) invasion of privacy – appropriation; (3) invasion of privacy – intrusion upon seclusion; and (4) tort of outrage.

2. The Bauer Defendants move to dismiss all of Plaintiff's claims, as against them, in their entirety as a matter of law pursuant to Fed. R. Civ. P. 12(b)(6) or, alternatively, pursuant to Section 506 of the Arkansas Citizen Participation in Government Act, Ark. Code Ann. §§ 16-63-501 *et seq*. (the "Anti-SLAPP statute").

3. Plaintiff's claims against the Bauer Defendants should be dismissed because the claims are barred by the First Amendment, notwithstanding whether the other defendants acted properly in disclosing the police reports at issue.

4. Plaintiff's claims against the Bauer Defendants for invasion of privacy – public disclosure of private fact, appropriation, and intrusion upon seclusion, and claim for the tort of outrage should be dismissed as Plaintiff fails to plausibly plead critical elements for each of the alleged claims and therefore, cannot state a claim upon which relief can be granted.

5. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff has failed to state a claim upon which relief can be granted, and therefore the Complaint should be dismissed.

6. Pursuant to the Anti-SLAPP statute, Plaintiff has failed to properly verify his claims and any verification would be in violation of Section 505, and therefore the Complaint should be dismissed.

7. The Bauer Defendants have filed a Brief in Support of this Motion to Dismiss.

WHEREFORE, the Bauer Defendants pray that this Court dismiss Plaintiff's Complaint against the Bauer Defendants in its entirety, with prejudice, as a matter of law pursuant to Fed. R. Civ. P. 12(b)(6) or the Anti-SLAPP statute, for its attorneys' fees and costs, and any and all other relief this Court deems proper.

Dated: New York, New York
September 11, 2017

                                            Respectfully submitted,

                                            DAVIS WRIGHT TREMAINE LLP

                                            By:  /s/ Elizabeth A. McNamara
                                            Elizabeth A. McNamara
                                            Jamie S. Raghu
                                            1251 Avenue of the Americas, 21st Floor
                                            New York, New York 10020
                                            Telephone: (212) 489-8230
                                            Fax: (212) 489-8340
                                            Email:    lizmcnamara@dwt.com
                                                          jamieraghu@dwt.com

                                            Cynthia W. Kolb
                                            CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
                                            500 President Clinton Avenue, Suite 200
                                            Little Rock, Arkansas 72201
                                            Telephone: (501) 371-9999
                                            Fax: (501) 371-0035
                                            Email:    ckolb@cgwg.com

*Attorneys for Defendants Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of September, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gregory F. Payne
Attorney at Law
438 E. Millsap Road, Suite 103
Fayetteville, AR 72703

Travis Wayne Story
Story Law Firm, PLLC
P.O. Box 9210
Fayetteville, AR 72703

Jason E. Owens
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR 72222-7250

Robert Justin Eichmann
Thomas N. Kieklak
Harrington, Miller, Kieklak, Eichmann & Brown, P.A.
4710 S. Thompson, Ste. 102
Springdale, AR 72764

Susan Keller Kendall
Kendall Law Firm, PLLC
3706 Pinnacle Hills Parkway, Suite 201
Rogers, AR 72758

                                                  /s/ Jamie S. Raghu