# EXHIBIT B

Sweepstakes   Got a hot tip?                                    Contact Us   Subscribe & Save!

InTouch   FLIP OR FLOP   TEEN MOM   KARDASHIANS   DUGGARS                    FOLLOW US!



# Bombshell Duggar Police Report: Jim Bob Duggar Didn't Report Son Josh's Alleged Sex Offenses For More Than a Year

May 21, 2015 at 11:10 am
By In Touch Weekly



You seriously need to sign up for our newsletter. More celeb gossip awaits!

[Email]   **Sign up!**

By signing up I agree to the Privacy Policy. I also agree to receive periodic emails with offers and promotional marketing messages from In Touch Weekly.

**WARNING: Graphic descriptions contained in police report.**

**Jim Bob Duggar** waited more than a year after his son, **Josh**, confessed to **sexually molesting** several female minors before contacting police, *In Touch Magazine* is reporting exclusively, based on information contained in the official police report.



(Photo Credit: Getty Images)

What's more, Jim Bob informed the elders of his church about Joshua's actions and they waited three months before contacting authorities. The explosive new information is contained in a Springdale, Ark., police report obtained by *In Touch* magazine.

RELATED: Josh Duggar Breaks His Silence Regarding Child Molestation Allegations

The report has been hidden since 2006 and was just obtained by the mag through a Freedom of Information Act request. Jim Bob also refused to allow police to interview Josh when they opened a felony investigation in 2006. The Duggars star on TLC's hit show *19 Kids and Counting*.

*In Touch* magazine first broke the news of the Duggars' underage sexual molestation scandal in this week's magazine. (Note: Josh's name is redacted from the police report but *In Touch* has confirmed the passages that refer to him.)



Other bombshells in the police report are:

Josh Duggar was investigated for multiple sex offenses — including forcible fondling — against five minors. Some of the alleged offenses investigated were felonies. Jim Bob and **Michelle Duggar** were interview by the Springdale Police department on Dec. 12, 2006.

The report says that James told police he was alerted in March, 2002 by a female minor that Josh — who turned 14-years-old that month — had been touching her breasts and genitals while she slept. This allegedly happened on multiple occasions.

In 2006, Jim Bob told police that in July, 2002 Josh admitted to fondling a minor's breasts while she slept. "James said that they disciplined (redacted, Josh) after this incident." The family did not alert authorities.

Jim Bob told police that about nine months later in March, 2003 "there was another incident." Josh was again accused by a female minor of touching her breasts and genitals. Josh was accused by several minors of touching their genitals, often when they slept, but at times when they were awake.

RELATED: *19 Kids and Counting* Crew Member Arrested For Child Pornography

Jim Bob then "met with the elders of his church and told them what was going on." No one alerted the police or any other law enforcement agency. Instead they decided to send Josh to a "program [that] consisted of hard physical work and counseling. James said that [redacted, Josh] was in the program from March 17, 2003 until July 17, 2003."

He said the program was a "Christian program." Michelle Duggar later admitted to police that Josh did not receive counseling and instead had been sent during that time to a family friend who was in the home remodeling business.

Asked about the training center that Jim Bob said Josh was sent to, Michelle told police, according to the report, "it was not really a training center. Det. [Darrell] Hignite asked if the guy [redacted, Josh] talked to was a certified counselor. She said no. She said it was a guy they know in Little Rock that is remodeling a building. Det. Hignite asked if the guy was more of a mentor. She said "kind of."

The Duggars told police that Josh "apologized" to the female minors and that they had "forgiven" him.

An alleged victim told police in 2006 that Josh had told "mother and dad what had happened... (and) asked for forgiveness." The report notes the alleged victim says Josh "sought after God and had turned back to God.

Jim Bob told police that "several members of their church were aware of the situation and had been supportive of the family."

Police interviewed several of the alleged minor victims in December, 2006. They told police that Josh had touched their breasts and sex organs.



The Duggar family. (Photo Credit: Getty Images)

Jim Bob told police in 2006 that when Josh returned home in 2003, Jim Bob, accompanied by some of his church elders, took Josh to Arkansas State Trooper, Jim Hutchens. Jim Bob knew Hutchens personally. Hutchens did not take any official action and instead gave Josh a "very stern talk." As *In Touch* magazine reports exclusively in this week's issue, Hutchens is now serving 56-years in prison for child pornography. He took no action on the Duggar case.

The Duggars told police that at the time Josh was accused of, and admitting to, these sexual acts, "a family friend aware of what had happened had written down in a letter what he knew of [redacted, Josh's] actions...That letter had been placed in a book and had subsequently been forgotten about. Just recently [in 2006] the book had been loaned to someone else with the letter in it and another person discovered the letter.

The Duggars refused to tell police who wrote the letter and who found it.

When the family was scheduled to appear on Oprah Winfrey's talk show in 2006, an email was sent to the show warning them about the alleged molestation. The email was written by a 61-year-old female who is not identified.

Harpo Studios faxed the letter to the Department of Human Services hotline. The report was then opened for investigation, leading to the investigation by Springdale police.

When police asked Jim Bob to bring Josh in for an interview in 2006, he attempted to hire a lawyer and refused to produce his son for questioning. At least two lawyers refused to take his case. "Det. Hignite received a voice mail from Mr. Duggar stating that [redacted] had hired an attorney and would not be coming in for an interview."

*In Touch* magazine broke the story of Josh Duggar's dark past in the issue currently on sale. The magazine obtained the police report, hidden since 2006, through a Freedom of Information Act request.

Police had to abandon pursuing charges because the [then] three-year statute of limitations had expired.

The alleged victims all described a consistent scenario of Josh touching their breasts and genitals and later apologizing. They said Jim Bob was aware of the situation and did not go to authorities for more than a year.

  

coverstory

# Inside the Duggars' TWISTED World

## HOUSE OF HORRORS

What really went on in that house as **Josh Duggar** molested his victims — and how his parents, **Jim Bob** and **Michelle**, covered it up



**Giving in to Temptation**

In the absence of doing good, Josh once said, "evil comes in to fill the void." He added that evil done to children is "one of its worst forms."

**J**osh Duggar was desperate for forgiveness. Hours after *In Touch* broke the news that the *19 Kids and Counting* star had molested five female minors, he released what he believed to be a heartfelt apology for his actions. "Twelve years ago, as a young teenager, I acted inexcusably for which I am extremely sorry and deeply regret," said the 27-year-old reality star. "I hurt others, including my family and close friends. I confessed this to my parents who took several steps to help me address the situation. We spoke with the authorities where I confessed my wrongdoing."

**But now, in a bombshell twist,** *In Touch* **has learned that Josh and his parents, Jim Bob, 49, and Michelle, 48, haven't told the whole truth and are covering up more details about what really went on in their house.** Joseph Hutchens, the former state trooper that Jim Bob brought Josh to speak with a year after learning he had inappropriately been touching five female minors, tells *In Touch* that he recalls the events far differently than what Jim Bob later told police. "He told me [the molestation] had only happened one time," Hutchens tells *In Touch* exclusively (see story on p. 32). But the police report — which came years later after Oprah Winfrey–owned Harpo Studios tipped off local authorities after receiving an email from someone who alerted them of Josh's crimes — proves that Jim Bob was told there were multiple incidents right from the first time he was alerted to Josh's behavior in 2002.

**What happened inside their home is unimaginable.** According to the police report, which was obtained exclusively by *In Touch* through the Freedom of Information Act, Josh first began molesting his victims at night, while they slept innocently in their bedroom. Jim Bob said that in

---

### It Took Years for the Truth to Come Out

**2002** Josh molests his victims 

**MARCH 2003** He does it again

**JULY 2003** He completes four months of "counseling" (reportedly at the Christian Ministry in Little Rock, Arkansas) 

**LATE 2003** Jim Bob goes to state trooper Joseph Hutchens, who does nothing

**DECEMBER 2006** After being alerted to the abuse, Oprah Winfrey's camp calls the hotline, and police investigate

**2007** Secret trial: Josh sues DHS

**MAY 2015** *In Touch* breaks the story 

**MAY 21, 2015** Josh and his parents issue statements

**MAY 22, 2015** TLC yanks show from the lineup 

30 IN TOUCH JUNE 8, 2015

# JIM BOB'S STORY SHOT DOWN BY COP

**InTouch EXCLUSIVE INTERVIEW**



Hutchens' account conflicts with Jim Bob's.

Hutchens, who at the time worked for Troop L, didn't know what to expect when Jim Bob called him about "a matter" involving his eldest son, Josh.

When *In Touch* obtained the 2006 police report revealing the disturbing details of Josh's crimes against five female minors, the bombshell report clearly stated that the then-14-year-old inappropriately touched his victims multiple times during 2002 and 2003. But former state trooper Joseph Hutchens says that's not what Jim Bob told him in 2003 when he brought Josh to the Arkansas State Police station. In an interview held at the Arkansas Department of Corrections' Wrightsville Hawkins Unit, Hutchens – who was twice convicted on child pornography charges and is currently serving a 56-year sentence – opened up about what he was told. The interview was conducted and recorded by a representative from a local law firm for *In Touch*. Hutchens was unaware that he was speaking to *In Touch* and was promised nothing in return for his cooperation. He was told only that he was being questioned as part of an investigation.

Jim Bob and Josh were accompanied by two unidentified individuals when they met with Hutchens. "[When they arrived,] Jim Bob explained to me that Josh inappropriately touched [a victim] while she was asleep," recalls Hutchens, who believes Jim Bob reached out to him because they had a working relationship at the time. "Jim Bob sat down and Josh was crying. He said he touched [a victim] through her clothing and he said it only happened one time. [They said] the girl was asleep and didn't know anything had happened. They also told me that the pastor had already been involved" and that Josh was going to get counseling. Based on Jim Bob and Josh's account, Hutchens made the decision not to report the case to the Child Abuse Hotline, as the law requires. "I thought what I did was right – obviously it wasn't," confesses Hutchens. "The young girl should have been my first priority. I feel terrible. I have lost lots of sleep over this. I am a Christian myself and I worry that if something else had happened I would have been responsible for it in my opinion by not reporting it. I did what I did and there was no personal gain involved." Hutchens said in the interview that he knows "my reputation is shot" but "the way I understood it, it was just a one-time incident," so he gave Josh a stern warning about what could happen to him. Given the chance to go back, the disgraced trooper says he would have "immediately" called the child abuse hotline. If his recollection is accurate, Jim Bob could be on the hook for criminal charges of child endangerment.

March 2002, someone whose name is redacted in the police report "came to him very upset and crying" and said "that [redacted, Josh] had been sneaking into [the] room at night and had been touching [her] on the breasts and vaginal area," states the police report, adding that the young girl told Jim Bob that this had occurred four to five times. Jim Bob did not go to the police and there is no indication on the police report that he took any action.

**Four months later, it happened again — out in the open.** In July 2002, Jim Bob was told again that Josh had committed another act of sexual fondling. The assault, states the police report, involved Josh fondling the victim's breasts as she slept on the family's couch. Jim Bob still did not go to the police but later claimed he disciplined Josh after this. Soon after that, Josh's behavior became more aggressive. In March 2003, one of the girls was sitting on Josh's lap as he read her a book when Josh began touching her "breasts and vaginal areas." (*In Touch* believes that one of Josh's victims was no more than 5 years old when touched.) Jim Bob later told police that he sent Josh away for four months until July 2003 for "counseling," reportedly at Christian Ministry in Little Rock, Arkansas. But Michelle told police Josh did not see a certified counselor and instead was with a family friend who remodels homes (see police report, p. 35).

**Josh's aggression raged on.** Also around this time, another victim had been standing in the laundry room when Josh suddenly "put his hand under [her] dress," states the report. "That was showing a pattern of increasing aggression," says Dr. Paula Bruce, a clinical psychologist who specializes in sexual abuse and has not treated the Duggars. "So it's very hard to imagine a situation where you have someone who has multiple victims with increasing aggression over time that he just goes away, reads the Bible and is no longer sexually compulsive the way he clearly was." Adds the insider: "It was literally a house of horrors. On TV they try to make their family seem perfect, but behind closed doors, it's absolutely insane."

**But the truth couldn't stay hidden forever.** In 2006, after Harpo received the shocking email regarding Josh's dark past and alerted authorities, an in-

> "The biggest crime of all is **the innocent victims never had a voice – and they still don't**"
> —A FAMILY INSIDER

vestigation was opened by the Springdale Police Department, which interviewed all the victims, Jim Bob, Michelle (who had been voted Young Mother of the Year in Arkansas in 2004) and others. But the case was dropped because the statute of limitations had expired. (The email also stated Jim Bob had gotten into trouble for lying to his church about this matter.) The case was then referred to the Families in Need of Services. Closed-door proceedings against the Duggars were held by the Arkansas Department of Human Services. Unhappy with the outcome — which was never disclosed because records are sealed — in 2007, Josh then sued that department and a trial was held on Aug. 6. The Duggars refuse to comment on whether the family was subsequently monitored or if the victims were ever counseled by a licensed professional. They are still covering up what happened in those cases.

**Josh seemed to be off the hook.** According to Ohio-based criminal defense attorney Carmen V. Roberto, who doesn't represent any of the parties in the case, if authorities had been alerted when Jim Bob first brought Josh to speak with trooper Hutchens in 2003, Josh could have faced serious punishment. "It's possible he would have been labeled a sexual offender if convicted and could have been sent to a

## Experts: Josh Still Won't Face What He Did



Josh Duggar's official statement gained him some supporters, but LA-based psychologist Julie Armstrong tells *In Touch* the apology is grossly insufficient and misguided. "It is extremely self-centered and narcissistic," she says, noting that by classifying his conduct as a religious failure rather than pathological behavior, Josh fails to truly take responsibility for what his victims experienced. "He talks about it as if it's a simple mistake. But he was intentionally victimizing others." The statement from Josh's wife, Anna, 26, was similarly disengaged. "It's sterile," says Dr. Armstrong. "Like Josh's, it's a blanket statement designed to shut down the media." Dr. Paula Bruce, a Beverly Hills clinical psychologist, says Josh's statement shows "a complete failure to understand that that sexual behavior was abuse and that he was a sexual predator. It's classic. It's got dominance and exploitation." The doctor also says Anna's supportive statement is troubling. "There is no awareness about this being a psychological problem," she says. "It is framed from her perspective as a religious failing, that he humbled himself before God and it's all done. She frames it as a teenage mistake like stealing your neighbor's bike." Josh and Anna have three children, Mackynzie, 5, Michael, 3, and Marcus, 2, and Anna is pregnant and expecting a girl.

detention facility," says Roberto. "The fact there were multiple victims is an indication his problem is serious (psychologically speaking) based on what I have seen in reports concerning my clients, and for therapy to work it would need to be intense, probably inpatient, and for a long period of time. The court also would have most likely removed him from the home while the case was pending, so he would likely have been held in a juvenile facility."

> "I can imagine the shock many of you are going through … **I remember feeling that same shock**"
> —JOSH'S WIFE, ANNA

**But Jim Bob may have to pay for a dire mistake.** If Hutchens' recollection is correct that Jim Bob told him there was only one incident when he knew there were many more, "his actions could be perceived as Child Endangering, one count for each child," warns Roberto. "The original actions of not making reports are crimes by anyone involved and those parties could possibly still be charged." In addition, Josh could face multiple lawsuits, adds Roberto. "The victims or their parents could have sued him in civil court and may yet be able to."

While Jim Bob and Michelle are still not telling the whole story about Josh's crimes and what really happened, the five victims were left to suffer alone without getting any professional treatment for an extended period of time. (The family says they did get treatment but doesn't specify where or for how long.) "Josh was a sexual predator," says Dr. Bruce. "Each and every one of the girls [he molested] needs to be in therapy." If not, it could lead to larger problems later in life, like borderline personality disorder, depression, anxiety, body shame and even hypersexuality. "They need to have their owns space away from the family to talk about their experience," she adds. "This was not some teenager mistake; these girls were victims] of sexual predatory behavior. The whole family didn't and don't recognize the significant psychological damage done to victims of sexual abuse."

**The truth will haunt them forever.** "The Duggar home has never been the perfect Christian household that fans have come to know over years," says the family insider. "Behind those doors, the walls are filled with secrets and tears." ■



**THE BOMBSHELL POLICE REPORT**

*In Touch EXCLUSIVE*

- CHILD ABUSE HOTLINE CALL
- THE EMAIL TO OPRAH
- JIM BOB'S 2006 POLICE INTERVIEW
- MICHELLE CONTRADICTS JIM BOB IN POLICE INTERVIEW
- JIM BOB TALKS ABOUT HIS FIRST CONTACT WITH POLICE



**Got Stretch Marks?** We can help.



**Apothederm® Stretch Mark Cream**
with **SmartPeptides®** Biotechnology

- Helps reduce the appearance of red & silver stretch marks
- Helps improve skin texture
- Non-greasy and fast absorbing
- See results in as little as 2 weeks*

**Say goodbye to stretch marks.**

**Save $10 with code SWIM10**
Offer valid until 7/31/15

**www.apothederm.com**

Order online or call Customer Service
**877-496-0038 or 425-686-1017**
* Data on file