# EXHIBIT D

Sweepstakes    Got a hot tip?                                                                  Contact Us    Subscribe & Save!

**In Touch**    FLIP OR FLOP    TEEN MOM    KARDASHIANS    DUGGARS                              FOLLOW US!



# Josh Duggar Chilling Molestation Confession In New Police Report

Jun 3, 2015 at 8:29 am
By In Touch Weekly





You seriously need to sign up for our newsletter.
More celeb gossip awaits!

[Email]  [Sign up!]

By signing up I agree to the Privacy Policy. I also agree to receive periodic emails with offers and promotional marketing messages from In Touch Weekly.

**Josh Duggar** confessed to his father **Jim Bob Duggar** on THREE separate occasions to multiple acts of **sexual molestation** against his sisters and a family friend, according to a new police report obtained exclusively by *In Touch magazine*.



**Josh Duggar** confessed to his father **Jim Bob Duggar** on THREE separate occasions to multiple acts of **sexual molestation** against his sisters and a family friend, according to a new police report obtained exclusively by *In Touch magazine.*

The document also makes clear that Josh was 15 years old when he molested his 5-year-old sister and committed at least SEVEN acts of sexual molestation.



Josh Duggar. (Photo Credit: Getty Images)

The new report is from the Washington County Sheriff's Office and was obtained by In Touch using the Freedom of Information Act. In Touch broke the story about Josh's dark past and previously obtained and published a Springdale Police Department report about the molestations, also by using FOIA.

With fewer redactions than the first report, the Washington County Sheriff's document makes it clear that despite Josh's chilling confessions the Duggars waited at least 16 months before contacting authorities about the molestations, even though the behavior was continuing and growing worse. During that period they did not get professional counseling for Josh or his victims. Legal experts tell *In Touch* that Jim Bob and Michelle could have faced six years in prison for their inaction, if the statute of limitations had not expired.



"James said that in March of 2002 [redacted, Josh] who had just turned 14, came to him very upset and crying," the new report reads. "James said that [redacted, Josh] had told him that he had been sneaking into [redacted, his sisters'] room at night and had been touching [redacted, his sisters] on the breasts and vaginal areas while they were sleeping."

The report details that Josh went from sister to sister, stating, "Apparently all of the girls were sleeping in a common room at this time."



Jim Bob and Michelle Duggar. (Photo Credit: Getty Images)

The sheriff's document also shows the extent of Josh's abuse. "[Redacted, Josh] told James that this had occurred 4 to 5 times and had occurred as [redacted] was sleeping on the couch."

As *In Touch* reports exclusively in its new issue, despite Josh's confession, Jim Bob and Michelle did not get him – or their daughters -- counseling from a licensed mental health professional for at least 16 months. They have said the children did receive counseling but refuse to say if it was court ordered after the Families In Need of Services and the Arkansas Department of Human Services became involved in the Duggar case.

RELATED: Jim Bob Duggar Stopped Cooperating With Police During Josh's Investigation

Several legal experts tell In Touch that Jim Bob and Michelle Duggar could have faced up to six years in prison for their actions and been charged with Permitting Abuse of a Minor (Arkansas Code 5-27-221).

The new police report continues to raise questions about why Jim Bob and Michelle Duggar failed to act in alerting authorities despite Josh's repeated confessions of sexual molestation and why they didn't do more to protect their daughters.



(Photo Credit: Getty Images)

By the time police launched their investigation in 2006, the statute of limitations had expired and police turned the matter over to social services. The Duggars did eventually take Josh to a a state trooper **Joseph Hutchens**. But Hutchens, who is serving 56 years in prison, said in an interview from behind bars that Jim Bob and Josh told him about only one incident and that's why he didn't report it to the child abuse hotline. The new police report states only that Jim Bob said when they visited Hutchens Josh "had admitted to Cpl Hutchins (sic) what he had done." The police did not independently verify that.

The Washington County Sheriff's Office turned their investigation over to Springdale police for jurisdiction reasons.

 SHARE   TWEET   PIN IT

cover story

## Bombshell New Police Report
# PRISON FOR THE DUGGARS



**PROTECTING THEIR OWN**
"Jim Bob never wanted Josh's dirty secret to get out, that's why he and Michelle never pursued any further action," says a source.

The shocking confession from **Josh Duggar** that could have landed him – and his parents – behind bars

**WORLD EXCLUSIVE** - From the Magazine That Broke the Story

**T**he Duggars were desperate. For years, Jim Bob and his wife, Michelle, had tried to bury the scandal surrounding their son Josh. But after *In Touch* exclusively published the shocking police report, obtained through the Freedom of Information Act, detailing how the *19 Kids and Counting* star had molested five female minors — four of whom were his sisters — when he was a teen, the backlash was instant. Fans turned on them, TLC pulled the show off the air (but did not outright cancel it immediately) and advertisers abandoned the family whose wholesome image was in tatters, exposing their ugly secret. Unable to stop the bleeding, Jim Bob and Michelle turned to a small group of political advisors and made the decision to appear on right wing–friendly Fox to douse the flames and try to save the show — and their paycheck, which is rumored to be as high as $45,000 per episode.

But now *In Touch* has exclusively obtained a second, even more shocking, police report. The new report is from the Washington County Sheriff's Office in Arkansas and was also obtained through the Freedom of Information Act. It fills in gaps from the first heavily redacted report, and details Jim Bob recounting how Josh, now 27, made a full confession to him about the crimes against his four sisters and one family friend that could have landed him in prison. It also presents a case that could have sent Jim Bob, 49, and Michelle, 48, to prison for up to six years for permitting the abuse of a minor as well as child endangerment. "Because they failed to take action and prevent the abuse of a minor in their care, they would have been responsible," says Arkansas-based criminal defense lawyer William O. "Bill" James Jr., who doesn't represent any of the parties in the case. The Duggars waited roughly a year and a half after learning of Josh's behavior of repeated molestations before going to authorities. They never called the Division of Children and Family Services — even after learning that Josh, then 15, had molested his 5-year-old sister, a fact that is made clear in the new police report. "Outside of permitting abuse of a minor, Jim Bob could have been charged with endangering the welfare of a minor," adds James. "The abuse was happening in his home — reporting it would have been the best course of action."

**Jim Bob and Michelle knew what was going on and did nothing at first.** From 2002 through 2006, they never got Josh or his victims help from a mental health professional, according to both police reports. Josh molested his victims four to five times in March 2002 and again in July 2002. Then, according to the newly obtained police report, in March 2003 he confessed to Jim Bob that he fondled his 5-year-old sister while she sat on his lap reading a book. Jim Bob met with church elders and Josh was sent away for four months of "counseling" (Michelle later admitted that Josh did not see a certified counselor and instead was with a family friend who remodeled homes). Only after July 2003 did Jim Bob bring his son to speak with former Arkansas state trooper Joseph Hutchens. He also brought along an elder of the church who fits the description of the Duggars' family friend, Jim Holt. (Holt did not return calls for comment from *In Touch*.) Hutchens — who was convicted twice on child pornography charges and is currently serving a 56-year sentence — claims that during the meeting, Jim Bob reported only one incident to him, and Hutchens made the decision not to report the case to the Child Abuse Hotline. When authorities were alerted in 2006 to what had happened, the two police re-



**Josh's Full Confession**
In a disturbing new police report obtained by *In Touch*, Jim Bob reveals that Josh admitted to molesting four of his sisters on multiple occasions, and a female family friend.

# EXPOSING THE SECRET COVER-UP

## The Timeline Doesn't Add Up

The police report describes how Josh and Jim Bob went to see former state trooper Joseph Hutchens after he received treatment from March 2003 to July 2003. But the same documents contain a conflicting statement from one of the victims: "[Redacted] said that that (sic) told the State Police what happened, and then [redacted] went to Little Rock for training." Hutchens also recalls being told by Jim Bob that Josh was going to seek treatment, not that he had already been in treatment.

## Hutchens Told His Superior

After the meeting, where Jim Bob told Hutchens that Josh had only carried out one offense, Hutchens claims he asked his supervisor, retired state trooper Bill Carver, for advice over lunch. "He asked me what I thought and I told him that the pastor had already been involved and that they were setting up therapy," Hutchens says, adding that Carver advised him to let it go. Carver denies advising Hutchens on the case.

## Zimmerman Destroyed the Report

On May 21, Judge Stacey Zimmerman ordered the Springdale Police Department to destroy all copies of their reports, granting a motion on behalf of one of the underage victims. *In Touch* has learned the lawyer who brought the motion is working for the Duggars. The ruling was criticized by Michael Johnson, former U.S. Attorney for the Eastern District of Arkansas, who says the judge cited a law that does not apply to this case.

## Huckabee Is Tied to Everything



Republican presidential candidate Mike Huckabee has close ties to the Duggar family. Not only is he their most famous defender, but he and the family share the same lawyer, Kevin A. Crass. The controversial politician is also a close alley of Judge Zimmerman, who ordered the police report be destroyed.

---

ports obtained by *In Touch* were made, but the statute of limitations had expired and neither Josh nor his parents could be prosecuted for any crimes. "In this case the evidence was all there, 100 percent solid," says an insider. "A prosecutor couldn't ask for anything more. Josh confessed and the girls corroborated what had happened. But the statute of limitations had expired."

**The newly obtained police report, in which Jim Bob details how his son came to him and said he molested four of his sisters and another minor, is chilling.** According to Josh's confession, he started sneaking into his sisters' bedroom at night as they slept. "James [Jim Bob] said that in March of 2002, [redacted, Josh], who had just turned 14, came to him very upset and crying. James said that [redacted, Josh] had told him that he had been sneaking into [redacted] room at night and had been touching [redacted] on the breasts and vaginal areas while they were sleeping," reads the report, which was filed on Dec. 12, 2006, after Oprah Winfrey's Harpo Studios tipped off local authorities (they'd gotten an email from someone alerting them to Josh's crimes). "[Redacted, Josh] told James that this had occurred four to five times. James said that when they later told the girls what had occurred, one of the girls, [redacted], had said that she remembered one time when she woke up and [redacted, Josh] was 'taking her blanket away,' but she did not remember anything else." There is no mention of Jim Bob taking any official action at this point.

**Four months later, Josh confessed again.** "James said that in July of 2002, [redacted, Josh] admitted to him that one night as a female friend of the family's was sleeping over, he had gone to the couch where she was sleeping and had fondled her breasts as she slept," the report continues. "James said that they disciplined [Josh] after this incident." Again, no official action was taken and there is no evidence that Josh received professional counseling after this incident.

**It shows.** "James said that about nine months later, in March of 2003, there was another incident. James said that [redacted, Josh] was reading to his 5-year-old sister and as she was sitting on his lap, he had touched her breasts and vaginal area," states the report. "James said that [redacted, Josh] then ran out of the room and called him and told him what he had done. James also said that sometime during this time frame, his daughter had been standing in the laundry room and [redacted, Josh] had put his hand under her dress." Once again, Jim Bob and Michelle did not call authorities and there is no evidence that Josh or the victims were given professional counseling.

**In late 2006, the Springdale Police Department referred the case to the Families in Need of Services agency.** The Arkansas Department of Human Services was also brought in to investigate. Unhappy with the outcome, Josh sued that department, and a trial was held on Aug. 6, 2007, according to reports. The Duggars never disclosed that they were investigated or the outcome of the case and never informed their network, TLC, about any of it. An online commenter who had all of the facts correct about the scandal in 2007 said at the time that the family was forced to report to DHS every six months and that the victims were put in counseling per court order. Weeks before they agreed to a TV interview with Fox, Michelle and Jim Bob claimed their kids received counseling, but did not say if it was court-ordered.

**Jim Bob and Michelle — who have now hired a lawyer, Kevin A. Crass, from the Little Rock, Arkansas–based firm Friday, Eldredge & Clark — seemed to try to protect Josh every step of the way.** "He admitted to molesting four family members and a friend of the family. It's a very clear confession," says the insider of Josh. "The Duggars played the role of judge and jury when it came to this situation. And that is just insane when it comes to the welfare of any child."

**If Jim Bob and Michelle had faced charges of child endangerment, they would have been looking at up to six years in prison.** Law professor Michael Johnson, a former United States Attorney for the Eastern District of Arkansas, tells *In Touch*: "It is

> "It's clear the Duggars **wanted something to stay quiet**"
> —A SOURCE

possible that investigators looking into this case could have cited the parents Jim Bob Duggar and Michelle Duggar with Arkansas Code 5-27-221 'Permitting Abuse of a Minor.' Having once learned of the behavior, they recklessly allowed it to continue. This crime is a class D felony because the abuse consisted of sexual contact with a minor. The maximum penalty for permitting this type of abuse under Arkansas Code 5-4-401 is six years imprisonment and a $10,000 fine." Arkansas-based attorney John Wesley Hall adds that he believes Josh would have been charged as a juvenile and also would be subject to appear on the sex offender registry in Arkansas: "The statute 12-12-903 doesn't seem to distinguish between adults and minors. It says [a person would stay on the list for] 15 years from whether you're released from prison and placed on parole or placed on probation."

**But the trouble may not be over yet.** Now that Jim Bob and Michelle have started to give interviews about Josh's dark past, it could give authorities the evidence they need to launch a fresh investigation, warns legal expert and attorney Goldie Schon. "Through their interviews, law enforcement and prosecutors may very well find the loophole to prosecute," Schon tells *In Touch*. "Someone may want to show that this type of behavior will not be tolerated."

**No matter what happens, it will never take away the emotional pain Josh caused his victims.** "The four Duggar girls 'forgave' Josh for his sins, but that's not how you get over sexual abuse," says the insider. "It's undoubtedly changed their lives forever, and that's something that no jail sentence can ever fix." ∎

## Are There More Victims?



According to two police reports, Josh inappropriately touched five female minors, but LA-based psychologist Julie Armstrong tells *In Touch* she believes there could be many more victims. "I would be very concerned about the possibility of more victims who were equally taught to keep quiet," she says, citing the fact that Josh never received proper treatment. (Jim Bob told police that Josh got four months of "counseling," but Michelle told police that Josh did not see a certified counselor and instead was with a family friend who remodels homes.) "All the evidence we know about child molesters is that this isn't something you can just will away. It stays in the perpetrator's head," adds Armstrong. Dr. Helen Friedman, who specializes in child sexual abuse and works with both perpetrators and victims, agrees: "It's like alcoholism — there's no cure. But people can be in recovery from it where they can have really good lives."