# EXHIBIT E

Sweepstakes   Got a hot tip?                                                                                     Contact Us   Subscribe & Save!

InTouch  **FLIP OR FLOP**   **TEEN MOM**   **KARDASHIANS**   **DUGGARS**                                   FOLLOW US!

# Josh Duggar Resurfaces Looking Heavier, Unkempt

Apr 28, 2017 at 10:48 am
By Carly Sitzer





Recent years have taken a toll on Josh Duggar.

The controversial reality star, 29, resurfaced while at a homeschooling convention with his entire family in Big Sandy, TX, and even though the disgraced oldest child doesn't appear in any of the photos posted by his family, he was spotted by a fan, who shared the picture with a blog known as *Duggar Family News: Life Is Not All Pickles and Hairspray.*

MORE: Jana Duggar Has Been Linked to Tim Tebow — Again!

In the pic, Josh is sporting a full beard and a noticeable weight gain.





Josh has been largely out of the spotlight for the past two years; it began when *In Touch* exclusively revealed that when he was underage, he was investigated and admitted he forcibly fondled four of his younger sisters. Shortly after his molestation scandal came to light, it was revealed that he not only had an Ashley Madison account but also cheated on his wife.

MUST SEE: Check out How Much Jessa Duggar's Son Henry Has Grown!

It was then that he admitted his addiction to pornography and sex and entered rehab, where he remained for six months.

"I have been the biggest hypocrite ever. While espousing faith and family values, I have secretly over the last several years been viewing pornography on the Internet and this became a secret addiction and I became unfaithful to my wife," he said at the time.

He continued, "I am so ashamed of the double life that I have been living and am grieved for the hurt, pain, and disgrace my sin has caused my wife and family, and most of all Jesus and all those who profess faith in Him."



Earlier this week, it was revealed that Josh was still in treatment.

"Josh is still in counseling after his rehab stay for sex addiction. He is going to a family pastor," a source said. "It's religious counseling, so it's not like he's getting actual help for his issues."

**Scroll through the gallery to see all the times the Duggar family has broken their strict rules.**

1 of 8



**Premarital sex**

It was reported back in January that engaged couple Joy-Anna Duggar and Austin Forsyth have already consummated their relationship — a BIG Duggar family no-no.

"Despite this 'courting' nonsense, Joy-Anna and Austin have actually been having sex together for a year!" a source told *Radar Online*.

This allegedly even led to a pregnancy scare, so she had to come clean to her parents.

"Of course, that alone is something the family has had to hide from the public," said the source, adding it was a "huge sigh of relief when she wasn't."

"That was obviously a huge sigh of relief for everyone concerned, but it didn't erase the horror for Jim Bob and Michelle that they had come closer than close to having another family scandal on their hands!"

Credit: Instagram

 SHARE    TWEET    PIN IT