UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FAYETTEVILLE DIVISION

---------------------------------------------------------------- x
JOSHUA DUGGAR,
: Civil Action No.: 17 Civ. 5125 (TLB)
            Plaintiff,
:
     - against -
:
CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS; THE
STATE OF ARKANSAS DEPARTMENT OF
HUMAN SERVICES; DOUG SPROUSE, in his
official capacity; KATHY O'KELLEY, in her
official and individual capacities; ERNEST
CATE, in his official capacities; RICK HOYT, in
his official capacities; STEVE ZEGA, in his
official capacity; BAUER PUBLISHING
COMPANY, L.P.; BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.; BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; CROSS,
GUNTER, WITHERSPOON & GALCHUS,
P.C., and DOES 1-10, inclusive,
:
            Defendants.
---------------------------------------------------------------- x

**NOTICE OF MOTION TO STAY BY DEFENDANTS BAUER PUBLISHING
COMPANY, L.P.; BAUER MAGAZINE, L.P.; BAUER MEDIA SALES, INC.; BAUER,
INC.; HEINRICH BAUER NORTH AMERICA, INC.; AND
<u>BAUER MEDIA GROUP USA, LLC</u>**

    Defendants, Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc., formerly known as Bauer Media Group, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC (collectively, the "Bauer Defendants") by their attorneys, Davis Wright Tremaine LLP and Cross, Gunter, Witherspoon & Galchus, P.C., and for their Motion to Stay, state:

    1. The Bauer Defendants request that this Court stay this proceeding pending the resolution of their dispositive motion to dismiss pursuant to the Court's broad discretion to manage and

control its docket and as a means to avoid unnecessary and costly proceedings and discovery. Alternatively, the Court may stay this proceeding and discovery pursuant to Section 507 of the Arkansas Citizen Participation in Government Act, Ark. Code Ann. §§ 16-63-501 *et seq*. (the "Anti-SLAPP statute").

2. The Bauer Defendants request the stay include a stay of the Rule 26(f) Conference, Initial Disclosures pursuant to Fed. R. Civ. P 26(a)(1), Rule 26(f) Report, any other action required under Fed. R. Civ. P. 26, Case Management Hearing, deadlines to amend pleadings or file third party claims, and any further scheduling order, discovery, or trial.

3. This Motion to Stay is for good cause and no prejudice will result to any party. Rather, judicial resources will be preserved and litigation costs reduced as a result of the requested stay.

4. The Bauer Defendants have filed a Brief in Support of this Motion to Stay.

WHEREFORE, the Bauer Defendants respectfully request that this Court stay any and all pre-trial proceedings in this case until such time as the Bauer Defendants' motion to dismiss is resolved.

Dated: New York, New York
September 11, 2017

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Elizabeth A. McNamara
Elizabeth A. McNamara
Jamie S. Raghu
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340
Email:   lizmcnamara@dwt.com
             jamieraghu@dwt.com

2

Cynthia W. Kolb
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 371-9999
Fax: (501) 371-0035
Email:     ckolb@cgwg.com

*Attorneys for Defendants Bauer Publishing Company, L.P.; Bauer Magazine, L.P.; Bauer Media Sales, Inc.; Bauer, Inc.; Heinrich Bauer North America, Inc.; and Bauer Media Group USA, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of September, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gregory F. Payne
Attorney at Law
438 E. Millsap Road, Suite 103
Fayetteville, AR 72703

Travis Wayne Story
Story Law Firm, PLLC
P.O. Box 9210
Fayetteville, AR 72703

Jason E. Owens
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR 72222-7250

Robert Justin Eichmann
Thomas N. Kieklak
Harrington, Miller, Kieklak, Eichmann & Brown, P.A.
4710 S. Thompson, Ste. 102
Springdale, AR 72764

Susan Keller Kendall
Kendall Law Firm, PLLC
3706 Pinnacle Hills Parkway, Suite 201
Rogers, AR 72758

                                                                        /s/ Jamie S. Raghu