IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DUGGAR                                                                    PLAINTIFF

V                               CASE NO. 5:17-cv-5125 TLB

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS,
DEPARTMENT OF HUMAN SERVICES;
DOUG SPROUSE, in his official capacity;
KATHY O'KELLEY, in her official and individual capacity;
ERNEST CATE, in his official capacity;
RICK HOYT, in his official capacity;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY L.P.;
BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.
BAUER INC.; HEINRICH BAUER NORTH
AMERICA, INC.; BAUER MEDIA GROUP USA, LLC.,
CROSS GUNTER WITHERSPOON & GALCHUS, P.C.;
and DOES 1-10, inclusive                                                      DEFENDANTS

## MOTION TO ADOPT, INCORPORATE AND JOIN
## THE BAUER DEFENDANTS' MOTION TO STAY

Separate defendant Cross Gunter Witherspoon & Galchus P.C. ("Cross Gunter"), for its motion to adopt, incorporate and join the Bauer defendants' motion to stay, states:

1. On September 11, 2017, this Court entered its Opinion and Order which granted in part and denied in part the motion to stay of the Springdale defendants and stayed the reciprocal obligations of plaintiff and the

1527812-v1

Springdale defendants "to confer, report and exchange initial disclosures that were discussed in the Initial Scheduling Order until the Court has ruled on the pending Motions to Dismiss." (Doc. 39 at p. 2). However, at least in part due to the fact that no other defendant had requested a stay, the stay announced by the Court does not apply to those obligations between plaintiff and any other defendant. (Doc. 39 at p. 2-3).

2. After the Court entered its Opinion and Order, the Bauer defendants filed their own motion to stay (Doc. 43) and brief in support (Doc. 44).

3. Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Cross Gunter adopts and incorporates by reference the Bauer defendants' motion to stay and brief in support and joins in the Bauer defendants' request for a stay.

4. Judicial economy and the parties' resources would best be served by avoiding having this case on multiple tracks. Without a stay, all parties other than the Springdale defendants risk spending time and resources in attending more than one Rule 26(f) conference, negotiating and preparing more than one Rule 26(f) Report, and making multiple productions of their initial disclosures, depending on how the Court rules on the numerous pending motions to dismiss as well as the motion to consolidate this case with a related case filed by plaintiff's sisters. Judicial economy and the conservation of the parties' resources will best be accomplished by entering a stay similar to that announced in this Court's previous Opinion and Order (Doc. 39) until the Court has ruled on the pending motions to dismiss and to consolidate.

1527812-v1

WHEREFORE, separate defendant Cross Gunter Witherspoon & Galchus P.C., prays that its motion to stay be granted and that the stay previously entered in this case be applied to its obligations set forth in the Initial Scheduling Order as well.

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        FAX: (501) 376-9442
        E-MAIL: elowther@wlj.com
                      pmorris@wlj.com

        By /s/ Paul D. Morris
            Edwin L. Lowther, Jr. (81107)
            Paul D. Morris (2001238)
            Attorneys for Defendant Cross Gunter
            Witherspoon & Galchus PC

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

    Travis W. Story – travis@storylawfirm.com
    Gregory F. Payne – greg@storylawfirm.com

    *Counsel for Plaintiffs*

    Susan Keller Kendall – skk@kendalllawfirm.com
    Thomas N. Kieklak – tkieklak@arkansaslaw.com
    R. Justin Eichmann – jeichmann@arkansaslaw.com

    *Counsel for Defendants*
    *City of Springdale, Doug Sprouse,*
    *Kathy O'Kelley and Ernest Cate*

    Jason E. Owens – owens@rainfirm.com

    *Counsel for Defendants*
    *Washington County,*
    *Rick Hoyt and Steve Zega*

    Elizabeth Anne McNamara – lizmcnamara@dwt.com
    Jamie Somoza Raghu – jamieraghu@dwt.com
    Cynthia W. Kolb – ckolb@cgwg.com

    *Counsel for Defendants*
    *Bauer Publishing Company L.P.,*
    *Bauer Magazine, L.P.,*
    *Bauer Media Group, Inc.,*
    *Bauer Inc.,*
    *Heinrich Bauer North America, Inc., and*
    *Bauer Media Group USA, LLC*

                                        /s/ Paul D. Morris
                                        Paul D. Morris