**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JOSHUA DUGGAR,**                                                                                                    **PLAINTIFF**

VS.                                       NO. 5:17-cv-5125-TLB

**CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS, DEPARTMENT
OF HUMAN SERVICES; DOUG SPROUSE,**
in his official capacity; **KATHY O'KELLEY,**
in her individual and official capacities;
**ERNEST CATE,** in his official capacity;
**RICK HOYT,** in his official capacity;
**STEVE ZEGA ,** in his official capacity;
**BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE L.P.; BAUER
MEDIA GROUP, L.P.; BAUER, INC.;
HENRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; CROSS,
GUNTER, WITHERSPOON & GALCHUS, P.C.,**
and **DOES 1-10,** inclusive,                                                                                      **DEFENDANTS**

**MOTION TO ADOPT, INCORPORATE, AND JOIN
THE BAUER DEFENDANTS' MOTION TO STAY**

Comes Separate Defendants, Washington County, Arkansas, Rick Hoyt, and Steve Zega by and through their attorneys, and for their Motion to adopt, incorporate, and join the Bauer Defendants' motion to stay, states as follows:

1. On September 11, 2017, the Separate Bauer Defendants filed a Motion to Stay and brief in support. Doc ## 43 & 44.

2. The Separate Washington County Defendants - Washington County, Arkansas, Rick Hoyt, in his individual and official capacities, and Steve Zega, in his official capacity - adopt and incorporate by reference, as if set forth herein word, the form and substance of the Bauer Defendants' Motion for Stay and Brief in Support (Doc. ## 43 & 44), pursuant to Fed. R. Civ. P. 10(c), and hereby join in the same motion.

WHEREFORE, The Separate Washington County Defendants adopt, incorporate, and join in the Bauer Defendants' motion for stay and respectfully request that a stay be granted and that the stay previously entered in this case be applied to their obligations set forth in the Initial Scheduling

Order as well.

        Respectfully submitted,

        WASHINGTON COUNTY, ARKANSAS;
        RICK HOYT, in his official capacity; and
        STEVE ZEGA, in his official capacity,
        *Separate Washington County Defendants*

        RAINWATER, HOLT & SEXTON, P.A.
        P.O. Box 17250
        6315 Ranch Drive
        Little Rock, Arkansas  72222-7250
        Telephone (501) 868-2500
        Telefax (501) 868-2505
        email:owens@rainfirm.com

By:    /s/Jason E. Owens
       Michael R. Rainwater, #79234
       Jason E. Owens, #2003003

## CERTIFICATE OF SERVICE

     I hereby certify that on September 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all parties of record:

        /s/ Jason E. Owens
        Jason E. Owens