IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA DUGGAR,**                                                                                      **PLAINTIFF**

VS.                                          **NO. 5:17-cv-5125-TLB**

**CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS, DEPARTMENT
OF HUMAN SERVICES; DOUG SPROUSE,**
in his official capacity; **KATHY O'KELLEY,**
in her individual and official capacities;
**ERNEST CATE,** in his official capacity;
**RICK HOYT,** in his official capacity;
**STEVE ZEGA ,** in his official capacity;
**BAUER PUBLISHING COMPANY, L.P.;
BAUER MAGAZINE L.P.; BAUER
MEDIA GROUP, L.P.; BAUER, INC.;
HENRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; CROSS,
GUNTER, WITHERSPOON & GALCHUS, P.C.,**
and **DOES 1-10,** inclusive,                                         **DEFENDANTS**

<u>**AMENDED[1] MOTION TO ADOPT, INCORPORATE, AND JOIN
THE SPRINGDALE DEFENDANTS' MOTION TO STAY**</u>

Comes Separate Defendants, Washington County, Arkansas, Rick Hoyt, and Steve Zega by and through their attorneys, and for their Motion to adopt, incorporate, and join the Springdale Defendants' motion to stay, states as follows:

1. On August 10, 2017, the Separate Springdale Defendants filed a Motion to Stay and brief in support. Doc ## 19 & 20.

2. The Separate Washington County Defendants - Washington County, Arkansas, Rick Hoyt, in his individual and official capacities, and Steve Zega, in his official capacity - adopt and incorporate by reference, as if set forth herein word, the form and substance of the Springdale Defendants' Motion for Stay and Brief in Support (Doc. ## 19 & 20), pursuant to Fed. R. Civ. P. 10(c), and hereby join in the same motion.

---

[1] Undersigned counsel previously filed a motion to adopt the Bauer Defendants' motion to stay, however, that motion was in error, as the County Defendants seek to adopt the Springdale Defendants' motion for stay. The undersigned counsel apologizes to the Court and counsel for any inconvenience.

WHEREFORE, The Separate Washington County Defendants adopt, incorporate, and join in the Springdale Defendants' motion for stay and respectfully request that a stay be granted and that the stay previously entered in this case be applied to their obligations set forth in the Initial Scheduling Order as well.

Respectfully submitted,

WASHINGTON COUNTY, ARKANSAS;
RICK HOYT, in his official capacity; and
STEVE ZEGA, in his official capacity,
*Separate Washington County Defendants*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email:owens@rainfirm.com

By:  /s/Jason E. Owens
Michael R. Rainwater, #79234
Jason E. Owens, #2003003

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all parties of record:

/s/ Jason E. Owens
Jason E. Owens