IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA DUGGAR**                                                                     **PLAINTIFF**

**V.**                                    **CASE NO. 5:17-CV-5125**

**CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS, DEPARTMENT
OF HUMAN SERVICES; DOUG SPROUSE, in
his official capacity; KATHY O'KELLEY, in
her official and individual capacities;
ERNEST CATE, in his official capacity; RICK
HOYT, in his official capacity; STEVE ZEGA,
in his official capacity; BAUER PUBLISHING
COMPANY, L.P.; BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.; BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; CROSS,
GUNTER, WITHERSPOON & GALCHUS, P.C;
and DOES 1–10, inclusive**                                              **DEFENDANTS**

## ORDER

Currently before the Court is the Amended Motion to Adopt, Incorporate, and Join the Springdale Defendants' Motion to Stay (Doc. 47), filed by Defendants Washington County, Arkansas, Rick Hoyt, and Steve Zega.  That Motion is **GRANTED**, for the same reasons stated in the Court's Opinion and Order in this case dated September 11, 2017, *see* Doc. 39, as well as those given in its July 20, 2017 Opinion and Order in the related case of *Dillard et al. v. City of Springdale, Arkansas, et al.*, *see* Case No. 5:17-cv-0589, Doc. 35.  The terms of the stay described in the aforementioned September 11 Order will apply to the Washington County Defendants as well.

1

**IT IS SO ORDERED** on this _____ day of September, 2017.

_____

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE