IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DUGGAR                                                                PLAINTIFF

V.                            CASE NO. 5:17-CV-5125

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS, DEPARTMENT
OF HUMAN SERVICES; DOUG SPROUSE, in
his official capacity; KATHY O'KELLEY, in
her official and individual capacities;
ERNEST CATE, in his official capacity; RICK
HOYT, in his official capacity; STEVE ZEGA,
in his official capacity; BAUER PUBLISHING
COMPANY, L.P.; BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.; BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; CROSS,
GUNTER, WITHERSPOON & GALCHUS, P.C.;
and DOES 1–10, inclusive                                                    DEFENDANTS

## ORDER

Currently before the Court is the Amended Motion to Adopt, Incorporate, and Join the Bauer Defendants' Motion to Stay (Doc. 45), filed by separate Defendant Cross, Gunter, Witherspoon & Galchus, P.C. ("Cross Gunter"). The Bauer Defendants' Motion to Stay (Doc. 43) is still pending, and Plaintiff has not yet responded to it. The Court previously partially granted a largely unopposed Motion to Stay that was filed by the Springdale Defendants, and extended that stay to apply to the Washington County Defendants as well, on the grounds that both sets of defendants were asserting the defense of qualified immunity. *See* Docs. 39, 49. Neither Cross Gunter nor the Bauer Defendants have asserted the defense of qualified immunity. *See* Docs. 33, 40.

1

However, counsel for Cross Gunter has informed the Court via email that counsel for Plaintiff authorized him to represent that Plaintiff does not oppose a stay with respect to Cross Gunter on the same terms as are in place with respect to the Springdale Defendants and the Washington County Defendants.

**IT IS THEREFORE ORDERED** that Cross Gunter's Motion to Adopt, Incorporate, and Join the Bauer Defendants' Motion to Stay (Doc. 45) is **GRANTED**, and the terms of the stay described in Docs. 39 and 49 will apply to Cross Gunter as well as the Springdale Defendants and Washington County Defendants. This Order should not be construed as containing any ruling or discussion on the merits of the Bauer Defendants' still-pending Motion to Stay.

**IT IS SO ORDERED** on this 18th day of September, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE