IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DUGGAR     PLAINTIFF

V     CASE NO. 5:17-cv-5125 TLB

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS,
DEPARTMENT OF HUMAN SERVICES;
DOUG SPROUSE, in his official capacity;
KATHY O'KELLEY, in her official and individual capacity;
ERNEST CATE, in his official capacity;
RICK HOYT, in his official capacity;
STEVE ZEGA, in his official capacity;
BAUER PUBLISHING COMPANY L.P.;
BAUER MAGAZINE, L.P.; BAUER MEDIA GROUP, INC.
BAUER INC.; HEINRICH BAUER NORTH
AMERICA, INC.; BAUER MEDIA GROUP USA, LLC.,
CROSS GUNTER WITHERSPOON & GALCHUS, P.C.;
and DOES 1-10, inclusive     DEFENDANTS

## MOTION FOR LEAVE TO FILE REPLY BRIEF
## IN SUPPORT OF MOTION TO DISMISS

Separate defendant Cross Gunter Witherspoon & Galchus P.C. ("Cross Gunter"), for its motion for leave to file reply brief in support of its motion to dismiss, states:

1. Cross Gunter filed its motion to dismiss (Doc. No. 33) and brief support (Doc. No. 34) on August 31, 2017.

2. Plaintiff filed a response to this motion on September 15, 2017 (Doc. No. 48).

1530194-v1

3. Because of the importance of the issues at hand, Cross Gunter would like to reply to plaintiff's response and therefore requests leave to file a reply brief, which is submitted contemporaneously with this motion as Exhibit A.

WHEREFORE, separate defendant Cross Gunter Witherspoon & Galchus P.C., prays that its motion for leave be granted and that it be allowed to file the attached reply brief.

>WRIGHT, LINDSEY & JENNINGS LLP
>200 West Capitol Avenue, Suite 2300
>Little Rock, Arkansas 72201-3699
>(501) 371-0808
>FAX: (501) 376-9442
>E-MAIL: elowther@wlj.com
>         pmorris@wlj.com
>
>
>By /s/ Paul D. Morris
>   Edwin L. Lowther, Jr. (81107)
>   Paul D. Morris (2001238)
>   Attorneys for Defendant Cross Gunter
>   Witherspoon & Galchus PC

1530194-v1

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

    Travis W. Story – travis@storylawfirm.com
    Gregory F. Payne – greg@storylawfirm.com

    *Counsel for Plaintiffs*

    Susan Keller Kendall – skk@kendalllawfirm.com
    Thomas N. Kieklak – tkieklak@arkansaslaw.com
    R. Justin Eichmann – jeichmann@arkansaslaw.com

    *Counsel for Defendants*
    *City of Springdale, Doug Sprouse,*
    *Kathy O'Kelley and Ernest Cate*

    Jason E. Owens – owens@rainfirm.com

    *Counsel for Defendants*
    *Washington County,*
    *Rick Hoyt and Steve Zega*

    Elizabeth Anne McNamara – lizmcnamara@dwt.com
    Jamie Somoza Raghu – jamieraghu@dwt.com
    Cynthia W. Kolb – ckolb@cgwg.com

    *Counsel for Defendants*
    *Bauer Publishing Company L.P.,*
    *Bauer Magazine, L.P.,*
    *Bauer Media Group, Inc.,*
    *Bauer Inc.,*
    *Heinrich Bauer North America, Inc., and*
    *Bauer Media Group USA, LLC*

                                          /s/ Paul D. Morris
                                          Paul D. Morris