IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA DUGGAR**                                                                    **PLAINTIFF**

**V.**                                             **CASE NO. 5:17-CV-5125**

**CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS, DEPARTMENT
OF HUMAN SERVICES; DOUG SPROUSE, in
his official capacity; KATHY O'KELLEY, in
her official and individual capacities;
ERNEST CATE, in his official capacity; RICK
HOYT, in his official capacity; STEVE ZEGA,
in his official capacity; BAUER PUBLISHING
COMPANY, L.P.; BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.; BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; CROSS,
GUNTER, WITHERSPOON & GALCHUS, P.C.;
and DOES 1–10, inclusive**                                                        **DEFENDANTS**

## ORDER

Currently before the Court are the Notice of Motion to Stay (Doc. 43) and Memorandum of Law in Support (Doc. 44) filed by Defendants Bauer Publishing Company, L.P., Bauer Magazine, L.P., Bauer Media Sales, Inc., Bauer, Inc., Heinrich Bauer North America, Inc., and Bauer Media Group USA, LLC (collectively, "the Bauer Defendants"). The Court has already entered partial stays with respect to the Springdale Defendants, the Washington County Defendants, and Defendant Cross, Gunter, Witherspoon & Galchus, P.C., at those Defendants' request and with the consent of Plaintiff Joshua Duggar. The deadline for Plaintiff to respond to the Bauer Defendants' Motion to Stay has passed with no response being filed. Counsel for the Bauer

Defendants has informed the Court via email that counsel for Plaintiff authorized her to represent that Plaintiff does not oppose a stay with respect to the Bauer Defendants on the same terms as are in place with respect to all of the other aforementioned Defendants.

**IT IS THEREFORE ORDERED** that the Bauer Defendants' Motion to Stay (Doc. 43) is **GRANTED**, in that the terms of the stay described in Docs. 39, 49, and 50 will apply to the Bauer Defendants as well as the Springdale Defendants, the Washington County Defendants, and Defendant Cross, Gunter, Witherspoon & Galchus, P.C. The Court will not stay the case management hearing currently set for October 13, because it will receive oral argument at that hearing on any motions that are still pending at that time if it has not already ruled on them by then.

**IT IS SO ORDERED** on this 28th day of September, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE