```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**JOSHUA DUGGER**                                              **Plaintiff**

vs.                          Civil No. 17-5125

**CITY OF SPRINGDALE, AR**                                    **Defendants**

### CLERK'S ORDER TO SHOW CAUSE

The plaintiff filed a complaint on July 6, 2017. Summonses were issued as to defendants July 7, 2017, and returned to counsel for service on defendants.

As of this date, plaintiff has failed to meet the requirements of Rule 4(l), FRCP, requiring the person serving process to make proof of service thereof to the court promptly or within the time during which the person served must respond to the process and (m) requiring service of the summons and complaint upon a defendant within 90 days after the filing of the complaint, therefore,

IT IS ORDERED that plaintiff show cause within 10 days why the action against defendant State of Arkansas, Department of Human Services should not be dismissed without prejudice for failure to prosecute.

This 11th day of October, 2017.

                              AT THE DIRECTION OF THE COURT

                              DOUGLAS F. YOUNG, CLERK

                              by:   /s/ S. Cummings
                                        Deputy Clerk