IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DUGGAR                                                      PLAINTIFF

V.                              CASE NO. 5:17-CV-5125

CITY OF SPRINGDALE, ARKANSAS;
WASHINGTON COUNTY, ARKANSAS;
THE STATE OF ARKANSAS, DEPARTMENT
OF HUMAN SERVICES; DOUG SPROUSE, in
his official capacity; KATHY O'KELLEY, in
her official and individual capacities;
ERNEST CATE, in his official capacity; RICK
HOYT, in his official capacity; STEVE ZEGA,
in his official capacity; BAUER PUBLISHING
COMPANY, L.P.; BAUER MAGAZINE, L.P.;
BAUER MEDIA GROUP, INC.; BAUER, INC.;
HEINRICH BAUER NORTH AMERICA, INC.;
BAUER MEDIA GROUP USA, LLC; CROSS,
GUNTER, WITHERSPOON & GALCHUS, P.C.;
and DOES 1–10, inclusive                                          DEFENDANTS

ORDER

On October 11, 2017, this Court entered an Order requiring Plaintiff Joshua Duggar to "show cause within 10 days why the action against defendant State of Arkansas, Department of Human Services should not be dismissed without prejudice for failure to prosecute." *See* Doc. 59. More than 10 days have passed since then, and Mr. Duggar has made no responsive filing.

IT IS THEREFORE ORDERED that Mr. Duggar's claims against Defendant State of Arkansas, Department of Human Services are DISMISSED WITHOUT PREJUDICE. As there are no longer any claims pending against any defendant, the Clerk of the Court is DIRECTED to CLOSE THIS CASE.

**IT IS SO ORDERED** on this _____ day of October, 2017.


_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE